UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRIS COLOGNE and CATHERINE COLOGNE, | * * * | CIVIL ACTION NO. 12-735 |
| Plaintiffs | * * | JUDGE:  Eldon E. Fallon |
| vs. | * * | MAGISTRATE:  Daniel E. Knowles III |
| SHELL OIL COMPANY, ET AL. | * * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION IN LIMINE TO EXCLUDE THE TESTIMONY AND OPINIONS OF JOHN SPENCER

Plaintiff, Chris Cologne, through undersigned counsel, respectfully requests that this Honorable Court grant this motion to exclude the testimony of Defendants' experts, John Spencer. For reasons more fully explained in the accompanying memorandum, John Spencer's testimony should be excluded because his opinions are not the product of reliable scientific methods and principles. *Daubert v. Merrell Dow Pharmaceuticals, Inc.*[1] and Rule 702 of the Federal Rules of Evidence (FRE) require that an expert's opinion be generally accepted in the scientific community and, be the product of reliable methods.[2]

---

[1] *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993).
[2] The Eastern District of Louisiana has issued several decisions addressing *Daubert* challenges to witnesses. See generally *Gustings v. Travelers & Standard Fire Ins. Co*., No. Civ. A 07-4443, 2008 WL 4948837 (E.D. La. Nov. 18, 2008) (Engelhardt, J.) (discussing *Daubert* requirements); *Wyeth v. Rowan Companies, Inc*., No. Civ. A 07-2823, 2008 WL 3975625 (E.D. La. Aug. 26, 2008) (Engelhardt, J.) (same); *Wilson v. Thompson/Center Arms Co., Inc.,* No. Civ. A 05-6493, 2007 WL 4727639 (E.D. La. Nov. 1, 2007) (Engelhardt, J.) (same); *NREC Power Systems, Inc. v. Miba Bearings U.S. L.L.C*., No. Civ. A 05-4205, 2007 WL 2264756 (E.D. La. Aug. 2, 2007) (Engelhardt, J.). *See also U.S. v. Bennett*, No. 06-41233, 258 Fed.Appx. 671 (5th Cir. Dec. 13, 2007) (not designated for publication) (discussing *Daubert* requirements), *cert. denied*, --- U.S. ---, 128 S.Ct. 2904, 171 L.Ed.2d 844 (2008).

Respectfully submitted,

s/Amber E. Cisney
RICHARD J. FERNANDEZ, LSBN 05532
AMBER E. CISNEY, LSBN 28821
**LAW OFFICE OF RICHARD J. FERNANDEZ, LLC**
3000 West Esplanade Avenue, Suite 200
Metairie, Louisiana  70002
Telephone: (504) 834-8500
Facsimile: (504) 834-2609
**ATTORNEY FOR PLAINTIFF**

L. ERIC WILLIAMS, JR., LSBN 26773
**WILLIAMS LAW OFFICE, LLC**
433 Metairie Road, Suite 302
Metairie, Louisiana  70005
Telephone: (504) 832-9898
Facsimile:   (504) 832-9811

John A. Venezia (#23963)
Venezia & Associates (APLC)
757 St. Charles Avenue, Suite 303
New Orleans, Louisiana 70130
Telephone: (504) 486-3910
Facsimile: (504) 486-3913
john@venezialaw.net;

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading has been served on all known counsel of record in this proceeding via electronic filing, facsimile transmission, hand delivery, or by mailing same by United States Mail, properly addressed and first class postage prepaid on this 20th day of December, 2013.

/s/ Amber E. Cisney
Amber E. Cisney