UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRIS COLOGNE and CATHERINE COLOGNE, | * * * | CIVIL ACTION NO. 12-735 |
| Plaintiffs | * * | JUDGE:  Eldon E. Fallon |
| vs. | * * | MAGISTRATE:  Daniel E. Knowles III |
| SHELL OIL COMPANY, ET AL. | * * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Notice of Submission

Plaintiffs' *Motion In Limine To Exclude The Testimony And Opinions Of John Spencer,* is set for submission on January 8, 2014 9: 00 AM before Judge Eldon E. Fallon.

Respectfully submitted,

*s/Amber E. Cisney*
RICHARD J. FERNANDEZ, LSBN 05532
AMBER E. CISNEY, LSBN 28821
**LAW OFFICE OF RICHARD J. FERNANDEZ, LLC**
3000 West Esplanade Avenue, Suite 200
Metairie, Louisiana  70002
Telephone: (504) 834-8500
Facsimile: (504) 834-2609
**ATTORNEY FOR PLAINTIFF**