Exhibit 1

☐ INSTRUCTIONS—CANCELS LETTER(S) OF
☐ PERMANENT   ☐ ROUTINE   ☐ TEMPORARY

Houston, Texas   January 3, 1978

JAN 13 1978

## INDUSTRIAL HYGIENE SAMPLING
## BENZENE

Mr. D. T. McCreary
Midland, Texas

Air sampling for exposure to benzene and other non-benzene total hydrocarbon vapors was conducted within the Midland District - TXL Field by Mr. James A. Ray on October 27 to November 1, 1977. The samples were collected using 600 milligram SKC charcoal tubes and DuPont P-125 Constant Flow Samplers.

Personnel samples were collected in the breathing zone of the pumpers, roustabouts, and plant operators. The charcoal samples were subsequently analyzed by the National Loss Control Corporation's Environmental Sciences Laboratory, an Accredited Industrial Hygiene Laboratory. The results are shown in the attached table.

A total of sixteen (16) employe samples were collected in the Andector and Harmit area. The benzene concentrations ranged from less than 0.01 parts per million parts of air (ppm) to 0.2 ppm based on sampling periods of 383 to 494 minutes. The "less than" indicates that the levels were below the lower limit of detection of the chosen analytical method. The non-benzene total hydrocarbon levels (expressed as hexane) ranged from less than 1.0 to 6.1 ppm.

Under the present Occupational Safety and Health Administration (OSHA) benzene standard, the eight (8) hour time weighted average (TWA) is ten (10) ppm with a fifteen (15) minute ceiling value of twenty-five (25) ppm. The proposed OSHA limits for benzene are one (1) ppm as an eight (8) hour TWA and five (5) ppm as a ceiling value. It is anticipated that a permanent standard will be proposed in early 1978.

All of these Midland TXL Field Samples represented approximately eight (8) hour employe exposures which were significantly less than both the present and proposed OSHA benzene regulations and therefore, do not pose a hygiene problem at this time.

In addition to the above samples, a total of sixteen (16) short term samples were collected in the Andector and Harmit area during tank gauging. Due to the majority of these samples representing sample periods of less than three (3) minutes, the results are very suspect and therefore, these findings are not reported.

It is recommended that future short term sampling be conducted for a minimum of fifteen (15) minutes with a sampling rate exceeding 100 cubic centimeters per minute. Furthermore, since detectable benzene levels were found in both producing areas, it is recommended that the gauging procedure be resampled over a longer time interval and at the higher sample rate on the next survey.

There exists no OSHA standard for non-benzene total hydrocarbons since it represents a complex mixture of chemical substances. Since most of the hydrocarbons normally found in these areas have TWA exposure limits well in excess of

Mr. D. T. McGreary  
Page 2

☐ INSTRUCTIONS—CANCELS LETTER(S) OF _____ SIGNED BY _____ Form S-418 B-(7-76)
☐ PERMANENT ☐ ROUTINE ☐ TEMPORARY

those found during this sampling, the exposures are not indicative of a significant problem at this time.

If you should have any questions or comments, please feel free to contact me.

H. L. Hobson

JDW/mb
cc: KTK
    WTS ✓
    RLT

COLOGNE-TDPI 001740