# TEXACO  INDUSTRIAL HYGIENE SAMPLING FORM

Exhibit 1

| | |
|---|---|
| **DATE** 10-27-77 | **SHIFT** X DAY ___ EVENING ___ MIDNIGHT |
| **WEATHER** Light Rain, low 64° – high 71°; Wind W-12 | |

**DIVISION**
Producing Central – Midland

**EMPLOYEE NAME**

**LOCATION**
Midland District – TXL Field

**SOCIAL SECURITY NUMBER**

**AREA / UNIT**
Andector – PM SET #259

**JOB FUNCTION / DESCRIPTION**
Relief Pumper

**CONTAMINANTS FOR ANALYSIS**
Benzene

**SAMPLE TYPE**
X PERSONAL
___ AREA
___ SOURCE
___ BULK
___ DETECTOR TUBE
___ OTHER

**SAMPLE APPARATUS**
X CHARCOAL
___ MILLIPORE FILTER ONLY
___ CYCLONE
___ IMPINGER
___ GAS SAMPLE BAG
___ DETECTOR TUBE
___ OTHER

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**OPERATING CONDITIONS / PRODUCTION RATE**
Normal

**CHARCOAL TUBE**
___ 150 mg. X 600 mg. ___ 1 g. ___ OTHER

| **INSTRUMENT TYPE** Dupont P-125 | **SERIAL NO. / I.D. NO.** 8714 | **SAMPLE NUMBER** 1121-001 |
|---|---|---|

| **FLOW RATE START** 78.7 | **END** 78.2cc | **AVERAGE FLOW RATE** 78.45cc | **START TIME** 7:30 AM | **STOP TIME** 15:31 PM | **TOTAL TIME** 481 Min. |
|---|---|---|---|---|---|

| **START VOL./STROKE** | **END** | **AVERAGE VOL./STROKE** | **PUMPS WITH COUNTERS** INITIAL COUNT | **FINAL COUNT** | **NET COUNT** |
|---|---|---|---|---|---|

| **CALIBRATION DATE** 10-27-77 | **METHOD** ___ ROTOMETER X BUBBLE ___ OTHER | **TOTAL SAMPLE VOLUME (LITERS)** 37.7345 |
|---|---|---|

**WORK TASKS, DIAGRAMS, COMMENTS**

Pumper takes care of three tank batteries and five satellite stations.

Producing zones are:  San Andres, Grayburg, Penn.

Sample also represents:

RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.    0.076 ppm Bz,   < 1.0 ppm THC

SAMPLED BY    *James A. Ray*

COLOGNE-TDPI-003642



# INDUSTRIAL HYGIENE SAMPLING FORM

| DATE | SHIFT | WEATHER |
|---|---|---|
| 2-27-77 | X DAY ___ EVENING ___ MIDNIGHT | Light Rain, low 64° – high 71 : Wind W-12 |

**DIVISION**
Producing Central – Midland

**EMPLOYE NAME**

**LOCATION**
Midland District – TXL Field

**SOCIAL SECURITY NUMBER**

**AREA/UNIT**
Andector – PM Set #290

**JOB FUNCTION/DESCRIPTION**
Pumper and Waterflood operator

**CONTAMINANTS FOR ANALYSIS**
Benzene

**SAMPLE TYPE**
X PERSONAL
___ AREA
___ SOURCE
___ BULK
___ DETECTOR TUBE
___ OTHER

**SAMPLE APPARATUS**
X CHARCOAL
___ MILLIPORE FILTER ONLY
___ CYCLONE
___ IMPINGER
___ GAS SAMPLE BAG
___ DETECTOR TUBE
___ OTHER

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**CHARCOAL TUBE**
___ 150 mg  X 600 mg  ___ 1 g  ___ OTHER

**OPERATING CONDITIONS/PRODUCTION RATE**
Normal

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | SAMPLE NUMBER | | |
|---|---|---|---|---|
| Dupont P-125 | 8716 | 1121-002 | | |

| FLOW RATE START | END | AVERAGE FLOWRATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 76.2cc | 76.0cc | 76.1cc | 7:34 AM | 15:21 PM | 467 Min. |

| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|
| | | | | | |

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 2-27-77 | ___ ROTOMETER  X BUBBLE  ___ OTHER | 35.5387 |

**WORK TASKS, DIAGRAMS, COMMENTS**

Pumper takes care of two satellite stations on the O. B. Holt lease and also one waterflood plant.  The producing zone of the O. B. Holt lease is the Grayburg.

Sample also represents:

RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.   < 0.02 ppm Bz   1.7 ppm THC

SAMPLED BY   *James A. Roy*

COLOGNE-TDPI-003643



# INDUSTRIAL HYGIENE SAMPLING FORM

| TG 10-27-77 | SHIFT X DAY — EVENING — MIDNIGHT | WEATHER Light Rain: low 64° – high 71°: W 12 Wind |
|---|---|---|

**DIVISION**
Producing Central – Midland

**EMPLOYE NAME**

**LOCATION**
Midland District – TXL Field

**SOCIAL SECURITY NUMBER**

**AREA/UNIT**
Andector – PM SET #187

**JOB FUNCTION/DESCRIPTION**
Pumper

**CONTAMINANTS FOR ANALYSIS**
Benzene

**SAMPLE TYPE**
X PERSONAL
— AREA
— SOURCE
— BULK
— DETECTOR TUBE
— OTHER

**SAMPLE APPARATUS**
X CHARCOAL
— MILLIPORE FILTER ONLY
— CYCLONE
— IMPINGER
— GAS SAMPLE BAG
— DETECTOR TUBE
— OTHER

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**OPERATING CONDITIONS / PRODUCTION RATE**
Normal

**CHARCOAL TUBE**
— 150 mg   X 600 mg   — 1 g   OTHER

| INSTRUMENT TYPE Dupont P-125 | SERIAL NO. / I.D. NO. 8793 | SAMPLE NUMBER 1121-003 | | |
|---|---|---|---|---|
| FLOW RATE START 67.1cc | END 63.2cc | AVERAGE FLOWRATE 65.15cc | START TIME 7:37 AM | STOP TIME 15:16 PM | TOTAL TIME 459 Min. |
| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
| CALIBRATION DATE 10-27-77 | METHOD X BUBBLE — ROTOMETER — OTHER | TOTAL SAMPLE VOLUME (LITERS) 29.904 | | |

**WORK TASKS, DIAGRAMS, COMMENTS**

Pumper takes care of nine tank batteries. Producing zones are:  San Andres,

Goldsmith 5600, Devonian, Fusselman, McKee, Waddell, Ell..

Sample also represents:

RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC ___ <0.02 ppm Bz,   <1.0 ppm THC

SAMPLED BY   *James A. Kaye*

COLOGNE-TDPI-003644



# INDUSTRIAL HYGIENE SAMPLING FORM

| | | | |
|---|---|---|---|
| DATE J-27-77 | SHIFT X DAY __ EVENING __ MIDNIGHT | WEATHER Light Rain: low 64° - high 71° Wind :W-12 | |

DIVISION
Producing Central - Midland

EMPLOYE NAME

LOCATION
Midland District - TXL Field

SOCIAL SECURITY NUMBER

AREA/UNIT
Andector - PM SET #209

JOB FUNCTION/DESCRIPTION
Relief Pumper

CONTAMINANTS FOR ANALYSIS
Benzene

SAMPLE TYPE
X PERSONAL
__ AREA
__ SOURCE
__ BULK
__ DETECTOR TUBE
__ OTHER ____

SAMPLE APPARATUS
X CHARCOAL
__ MILLIPORE FILTER ONLY
__ CYCLONE
__ IMPINGER
__ GAS SAMPLE BAG
__ DETECTOR TUBE
__ OTHER ____

I.H. CONTROLS IN USE
None

RAW MATERIALS USED / I.D. NO.
Crude Oil

OPERATING CONDITIONS/PRODUCTION RATE
Normal

CHARCOAL TUBE
__ 150 mg  X 600 mg __ 1 g __ OTHER ____

| INSTRUMENT TYPE Dupont P-125 | SERIAL NO./I.D. NO. 8799 | | SAMPLE NUMBER 1121-004 | | |
|---|---|---|---|---|---|
| FLOW RATE START 76.3cc | END 74.6cc | AVERAGE FLOWRATE 75.45cc | START TIME 7:39 AM | STOP TIME 15:34 PM | TOTAL TIME 475 Min. |
| START COL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
| CALIBRATION DATE J-27-77 | METHOD __ ROTOMETER X BUBBLE __ OTHER | | TOTAL SAMPLE VOLUME (LITERS) 35.839 | | |

WORK TASKS, DIAGRAMS, COMMENTS

Pumper takes care of seven tank batteries.  Producing zones are:  San Andres,

Ell., Waddell, Silurian, Devonian, Wolfcamp, and Montoya.

Sample also represents:

RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.      0.2 ppm Bz, 1.5 ppm THC

SAMPLED BY      *James A. Ross*

COLOGNE-TDPI-003645



# INDUSTRIAL HYGIENE SAMPLING FORM
## "BLANK"

| DATE | SHIFT | WEATHER |
|---|---|---|
| 10-27-77 | X DAY __ EVENING __ MIDNIGHT | Light Rain |

**DIVISION**
Producing Central — Midland

**EMPLOYE NAME**

**LOCATION**
Midland District — TXL Field

**SOCIAL SECURITY NUMBER**

**AREA/UNIT**
Andector — (BLANK)

**JOB FUNCTION/DESCRIPTION**

**CONTAMINANTS FOR ANALYSIS**
BLANK

**SAMPLE TYPE**
__ PERSONAL
__ AREA
__ SOURCE
_X_ BULK
__ DETECTOR TUBE
_X_ OTHER BLANK

**SAMPLE APPARATUS**
__ CHARCOAL
__ MILLIPORE FILTER ONLY
__ CYCLONE
__ IMPINGER
__ GAS SAMPLE BAG
__ DETECTOR TUBE
__ OTHER

**I.H. CONTROLS IN USE**

**RAW MATERIALS USED / I.D. NO.**

**OPERATING CONDITIONS / PRODUCTION RATE**

**CHARCOAL TUBE**
__ 150 mg. _X_ 600 mg. __ 1 g __ OTHER

| INSTRUMENT TYPE | SERIAL NO. / I.D. NO. | SAMPLE NUMBER |
|---|---|---|
| | | 1121-005 |

| FLOW RATE START | END | AVERAGE FLOWRATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| | | | | | |

| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|
| | | | | | |

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| | __ ROTOMETER __ BUBBLE __ OTHER | |

**WORK TASKS, DIAGRAMS, COMMENTS**

BLANK

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.**

SAMPLED BY *James A. Kay*

COLOGNE-TDPI-003646



# INDUSTRIAL HYGIENE SAMPLING FORM

| TE 9-28-77 | SHIFT X DAY ___ EVENING ___ MIDNIGHT | WEATHER Cloudy, low 58°- high 85°: Wind SW 1 |
|---|---|---|

**DIVISION**
Producing Central - Midland

**LOCATION**
Midland District - TXL Field

**AREA/UNIT**
Kermit Area   -  PM SET #252

**CONTAMINANTS FOR ANALYSIS**
Benzene

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**OPERATING CONDITIONS/PRODUCTION RATE**
Normal

**EMPLOYE NAME**

**SOCIAL SECURITY NUMBER**

**JOB FUNCTION/DESCRIPTION**
Relief Pumper

**SAMPLE TYPE**
X PERSONAL
___ AREA
___ SOURCE
___ BULK
___ DETECTOR TUBE
___ OTHER

**SAMPLE APPARATUS**
X CHARCOAL
___ MILLIPORE FILTER ONLY
___ CYCLONE
___ IMPINGER
___ GAS SAMPLE BAG
___ DETECTOR TUBE
___ OTHER

**CHARCOAL TUBE**
___ 150 mg   X 600 mg. ___ 1g ___ OTHER

| INSTRUMENT TYPE | SERIAL NO./I.D NO. | SAMPLE NUMBER |
|---|---|---|
| Dupont P-125 | 8714 | 1121-006 |

| FLOW RATE START | END | AVERAGE FLOWRATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 78.5cc | 77.1cc | 77.8cc | 7:33 AM | 15:42 PM | 489 Min. |

| START COL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|
| | | | | | |

| CALIBRATION DATE | METHOD ___ ROTOMETER X BUBBLE ___ OTHER | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 9-28-77 | | 38.0442 |

**WORKTASKS, DIAGRAMS, COMMENTS**

Employe takes care of 15 tank batteries.  Producing zones are:  Ellen,

Colby Sand, Devonian, and Yates.

Sample also represents:

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.**   < 0.02 ppm Bz   1.6 ppm THC

SAMPLED BY   *James A. Ray*

COLOGNE-TDPI-003647



# INDUSTRIAL HYGIENE SAMPLING FORM

| DATE | SHIFT | WEATHER |
|---|---|---|
| 10-28-77 | X DAY __ EVENING __ MIDNIGHT | Cloudy, low 58°-high 85°: Wind S. 10 |

**DIVISION**
Producing Central - Midland

**EMPLOYE NAME**

**LOCATION**
Midland District - TXL Field

**SOCIAL SECURITY NUMBER**

**AREA/UNIT**
Kermit Area - PM SET #247

**JOB FUNCTION/DESCRIPTION**
Pumper

**CONTAMINANTS FOR ANALYSIS**
Benzene

**SAMPLE TYPE**
X PERSONAL
__ AREA
__ SOURCE
__ BULK
__ DETECTOR TUBE
__ OTHER

**SAMPLE APPARATUS**
X CHARCOAL
__ MILLIPORE FILTER ONLY
__ CYCLONE
__ IMPINGER
__ GAS SAMPLE BAG
__ DETECTOR TUBE
__ OTHER

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**OPERATING CONDITIONS/PRODUCTION RATE**
Normal

**CHARCOAL TUBE**
__ 150 mg __ X 600 mg. __ 1g __ OTHER

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | SAMPLE NUMBER |
|---|---|---|
| Dupont P-125 | 8716 | 1121-007 |

| FLOW RATE START | END | AVERAGE FLOW RATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 76.7cc | 77.2cc | 76.95cc | 7:46 AM | 15:44 PM | 478 MIN. |

| START COL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|
| | | | | | |

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 10-28-77 | __ ROTOMETER  X BUBBLE __ OTHER | 36.782 |

**WORKTASKS; DIAGRAMS, COMMENTS**

Employe takes care of eight batteries.  Producing zones are:  Devonian,

Colby, Clearfork, Fusselman, McKee, and Ellen.

Sample also represents:

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.**  0.04 ppm Bz, 3.5 ppm THC

SAMPLED BY  *James A. Karl*

COLOGNE/TDPI-003648



# INDUSTRIAL HYGIENE SAMPLING FORM

| DATE 1-28-77 | SHIFT X DAY __ EVENING __ MIDNIGHT | WEATHER Cloudy, low 58° - high 85° ; Wind SW 10 |
|---|---|---|
| DIVISION Producing Central — Midland | | EMPLOYE NAME |
| LOCATION Midland District — TXL Field | | SOCIAL SECURITY NUMBER |
| AREA/UNIT Kermit Area  —  PM SET #253 | | JOB FUNCTION/DESCRIPTION Relief pumper |

| CONTAMINANTS FOR ANALYSIS Benzene | SAMPLE TYPE | SAMPLE APPARATUS |
|---|---|---|
| I.H. CONTROLS IN USE None | X PERSONAL __ AREA __ SOURCE X BULK __ DETECTOR TUBE __ OTHER | X CHARCOAL __ MILLIPORE FILTER ONLY __ CYCLONE __ IMPINGER __ GAS SAMPLE BAG __ DETECTOR TUBE __ OTHER |
| RAW MATERIALS USED / I.D. NO. Crude Oil | | |
| OPERATING CONDITIONS/PRODUCTION RATE Normal | CHARCOAL TUBE __ 150 mg  X 600 mg. __ 1g __ OTHER | |

| INSTRUMENT TYPE Dupont P-125 | SERIAL NO./I.D. NO. 8793 | SAMPLE NUMBER 1121-008 |  |  |
|---|---|---|---|---|
| FLOW RATE START 63.4cc | END 63.1cc | AVERAGE FLOW RATE 63.25cc | START TIME 7:54 AM | STOP TIME 15:46 PM | TOTAL TIME 472 MIN. |
| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
| CALIBRATION DATE 10-28-77 | METHOD __ ROTOMETER X BUBBLE __ OTHER | TOTAL SAMPLE VOLUME (LITERS) 29.854 | | |

WORK TASKS, DIAGRAMS, COMMENTS

Employe takes care of ten batteries.  Producing zones are:  Devonian and

Scarbrough.

Sample also represents:

RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC    < 0.02 ppm Bz,  1.6 ppm Ttc

SAMPLED BY     *James A. Ray*

COLOGNE TDPI-003649

 TEXACO

# INDUSTRIAL HYGIENE SAMPLING FORM

| TE | SHIFT | WEATHER |
|---|---|---|
| 10-28-77 | X DAY __ EVENING __ MIDNIGHT | Cloudy, low 58°- high 85°, Wind SW 10 |

**DIVISION:** Producing Central – Midland

**EMPLOYE NAME:**

**LOCATION:** Midland District – TXL Field

**SOCIAL SECURITY NUMBER:**

**AREA/UNIT:** Kermit Area – (GANG)

**JOB FUNCTION/DESCRIPTION:** Roustabout

**CONTAMINANTS FOR ANALYSIS:** Benzene

**SAMPLE TYPE**
- X PERSONAL
- __ AREA
- __ SOURCE
- __ BULK
- __ DETECTOR TUBE
- __ OTHER

**SAMPLE APPARATUS**
- X CHARCOAL
- __ MILLIPORE FILTER ONLY
- __ CYCLONE
- __ IMPINGER
- __ GAS SAMPLE BAG
- __ DETECTOR TUBE
- __ OTHER

**I.H. CONTROLS IN USE:** None

**RAW MATERIALS USED / I.D. NO.:** Crude Oil

**CHARCOAL TUBE:** __ 150 mg  X 600 mg.  __ 1 g  __ OTHER

**OPERATING CONDITIONS/PRODUCTION RATE:** Normal

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | SAMPLE NUMBER |
|---|---|---|
| Dupont P-125 | 8799 | 1121-009 |

| FLOW RATE START | END | AVERAGE FLOW RATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 74.8cc | 74.6cc | 74.7cc | 7:59 AM | 15:20 PM | 441 Min. |

| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|
| | | | | | |

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 10-28-77 | __ ROTOMETER  X BUBBLE  __ OTHER | 32.943 |

**WORK TASKS, DIAGRAMS, COMMENTS**

Gang repaired Kimray back pressure valve at the Halley battery.  Blew well

down on Seth Campbell- Well #47.  Installed choke on flow line at Seth

Campbell B-2 Well #2.  Remaining part of day was spent on general maintenance.

Sample also represents:

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.**   < 0.02 ppm Bz,   < 1.0 ppm THC

SAMPLED BY   *James A. Ray*

COLOGNE-TDPI-003650



# INDUSTRIAL HYGIENE SAMPLING FORM

## "BLANK"

| DATE 0-28-77 | SHIFT _X_ DAY ___ EVENING ___ MIDNIGHT | WEATHER Cloudy, low 58° - high 85°: Wind SW 10 |
|---|---|---|

**DIVISION** Producing Central - Midland

**EMPLOYEE NAME** Blank

**SOCIAL SECURITY NUMBER**

**LOCATION** Midland District - TXL Field

**JOB FUNCTION/DESCRIPTION**

**AREA/UNIT** Kermit Area  -  "BLANK"

**CONTAMINANTS FOR ANALYSIS** Blank

**I.H. CONTROLS IN USE**

**RAW MATERIALS USED / I.D. NO.**

**SAMPLE TYPE**
___ PERSONAL
___ AREA
___ SOURCE
_X_ BULK
___ DETECTOR TUBE
_X_ OTHER Blank

**SAMPLE APPARATUS**
___ CHARCOAL
___ MILLIPORE FILTER ONLY
___ CYCLONE
___ IMPINGER
___ GAS SAMPLE BAG
___ DETECTOR TUBE
___ OTHER

**OPERATING CONDITIONS / PRODUCTION RATE**

**CHARCOAL TUBE**
___ 150 mg.  _X_ 600 mg.  ___ 1 g  ___ OTHER

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | SAMPLE NUMBER 1127-010 | | |
|---|---|---|---|---|
| FLOW RATE START | END | AVERAGE FLOWRATE | START TIME | STOP TIME | TOTAL TIME |
| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
| CALIBRATION DATE | METHOD ___ ROTOMETER ___ BUBBLE ___ OTHER | TOTAL SAMPLE VOLUME (LITERS) | | |

**WORK TASKS, DIAGRAMS, COMMENTS**

BLANK

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.**

SAMPLED BY *James A. Ray*

COLOGNE-TDPI-003651



# INDUSTRIAL HYGIENE SAMPLING FORM

| DATE | SHIFT | WEATHER |
|---|---|---|
| 0-31-77 | X DAY __ EVENING __ MIDNIGHT | Clear, low 65°- high 82°; Wind W 8-12 |

**DIVISION**
Producing Central - Midland

**EMPLOYE NAME**

**LOCATION**
Midland District - TXL Field

**SOCIAL SECURITY NUMBER**

**AREA/UNIT**
Kermit Area - South Unit  PM SET #283

**JOB FUNCTION/DESCRIPTION**
Pumper

**CONTAMINANTS FOR ANALYSIS**
Benzene

**SAMPLE TYPE** / **SAMPLE APPARATUS**
X PERSONAL    X CHARCOAL
__ AREA        __ MILLIPORE FILTER ONLY
__ SOURCE      __ CYCLONE
__ BULK        __ IMPINGER
__ DETECTOR TUBE  __ GAS SAMPLE BAG
__ OTHER          __ DETECTOR TUBE
                  __ OTHER

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**OPERATING CONDITIONS/PRODUCTION RATE**
Normal

**CHARCOAL TUBE**
__ 150 mg  X 600 mg  __ 1 g  __ OTHER

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | SAMPLE NUMBER |
|---|---|---|
| Dupont P-125 | 8714 | 1121-011 |

| FLOW RATE START | END | AVERAGE FLOWRATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 80.2cc | 77.8cc | 79cc | 7:28 AM | 15:00 PM | 452 Min. |

| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|
| | | | | | |

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 0-31-77 | __ ROTOMETER  X BUBBLE  __ OTHER | 35.708 |

**WORK TASKS, DIAGRAMS, COMMENTS**

Employe takes care of one lact battery and five satellite stations.  Producing zone is Tubb

Sand.  All Operations were normal.

Sample also represents:

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC**   < 0.01 ppm Bz,   < 1.0 ppm THC

SAMPLED BY  *James A. Ray*

COLOGNE-TDPI-003652

# INDUSTRIAL HYGIENE SAMPLING FORM



| DATE | SHIFT | WEATHER |
|------|-------|---------|
| 0-31-77 | X DAY __ EVENING __ MIDNIGHT | Clear, low 65° - high 82°; Wind W 8-12 |

**DIVISION**
Producing Central - Midland

**EMPLOYE NAME**

**LOCATION**
Midland District - TXL Field

**SOCIAL SECURITY NUMBER**

**AREA/UNIT**
Kermit Area - South Unit PM SET #210

**JOB FUNCTION/DESCRIPTION**
Relief Pumper

**CONTAMINANTS FOR ANALYSIS**
Benzene

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**OPERATING CONDITIONS/PRODUCTION RATE**
Normal

**SAMPLE TYPE**
X PERSONAL
__ AREA
__ SOURCE
X BULK
__ DETECTOR TUBE
__ OTHER

**SAMPLE APPARATUS**
X CHARCOAL
__ MILLIPORE FILTER ONLY
__ CYCLONE
__ IMPINGER
__ GAS SAMPLE BAG
__ DETECTOR TUBE
__ OTHER

**CHARCOAL TUBE**
__ 150 mg. X 600 mg. __ 1g __ OTHER

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | SAMPLE NUMBER |
|-----------------|---------------------|---------------|
| Dupont P-125 | 8715 | 1121-012 |

| FLOW RATE START | END | AVERAGE FLOW RATE | START TIME | STOP TIME | TOTAL TIME |
|-----------------|-----|-------------------|------------|-----------|------------|
| 80.4cc | 77.0cc | 78.7cc | 7:32 AM | 15:46 PM | 494 Min. |

| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|-------------------|-----|---------------------|-----------------------------------|-------------|-----------|
| | | | | | |

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|------------------|--------|------------------------------|
| 0-31-77 | X BUBBLE __ ROTOMETER __ OTHER | 34.1558 |

**WORK TASKS, DIAGRAMS, COMMENTS**

Pumper takes care of one central battery and five satellite stations.  Producing zones are:

Silurian, San Andres, Tubb Sand and Goldsmith 5600.  All operations were normal.

Sample also represents:

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.**  0.06 ppm Bz,  <1.0 ppm THC

SAMPLED BY  *James A. Ray*

COLOGNE-TDPI-003653



# INDUSTRIAL HYGIENE SAMPLING FORM

| DATE | SHIFT | WEATHER |
|---|---|---|
| 0-31-77 | X DAY __ EVENING __ MIDNIGHT | Clear, low 65° - high 82°; Wind W 8-12 |

**DIVISION**
Producing Central - Midland

**EMPLOYE NAME**

**LOCATION**
Midland District - TXL Field

**SOCIAL SECURITY NUMBER**

**AREA/UNIT**
Kermit Area - South Unit PM SET #275

**JOB FUNCTION/DESCRIPTION**
Relief Pumper

**CONTAMINANTS FOR ANALYSIS**
Benzene

**SAMPLE TYPE**
X PERSONAL
__ AREA
__ SOURCE
__ BULK
__ DETECTOR TUBE
__ OTHER

**SAMPLE APPARATUS**
X CHARCOAL
__ MILLIPORE FILTER ONLY
__ CYCLONE
__ IMPINGER
__ GAS SAMPLE BAG
__ DETECTOR TUBE
__ OTHER

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**OPERATING CONDITIONS/PRODUCTION RATE**
Normal

**CHARCOAL TUBE**
__ 150 mg  X 600 mg  __ 1g  __ OTHER

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | SAMPLE NUMBER | |
|---|---|---|---|
| Dupont P-125 | 8716 | 1121-013 | |

| FLOW RATE START | END | AVERAGE FLOWRATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 76.6cc | 73.4cc | 75cc | 7:34 AM | 15:25 PM | 471 Min. |

| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|
| | | | | | |

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 0-31-77 | X BUBBLE __ ROTOMETER __ OTHER | 35.325 |

**WORK TASKS, DIAGRAMS, COMMENTS**

Pumper takes care of two tank batteries and five satellite stations.  Producing zones are:

San Andres and Tubb Sand.  All operations were normal.

Sample also represents:

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC** < 0.01 ppm Bz,  <1.0 ppm THC

SAMPLED BY  *James A. Ray*

COLOGNE-TDPI-003654



# INDUSTRIAL HYGIENE SAMPLING FORM

| DATE 10-31-77 | SHIFT X DAY ___ EVENING ___ MIDNIGHT | WEATHER Clear, low 65° – high 82°: Wind W 8-12 |
| --- | --- | --- |

DIVISION
Producing Central – Midland

EMPLOYE NAME

LOCATION
Midland District – TXL Field

SOCIAL SECURITY NUMBER

AREA/UNIT
Kermit Area – South Unit (GANG)

JOB FUNCTION/DESCRIPTION
Roustabout

CONTAMINANTS FOR ANALYSIS
Benzene

| SAMPLE TYPE | SAMPLE APPARATUS |
| --- | --- |
| X PERSONAL | X CHARCOAL |
| ___ AREA | ___ MILLIPORE FILTER ONLY |
| ___ SOURCE | ___ CYCLONE |
| ___ BULK | ___ IMPINGER |
| ___ DETECTOR TUBE | ___ GAS SAMPLE BAG |
| ___ OTHER | ___ DETECTOR TUBE |
|  | ___ OTHER |

I.H. CONTROLS IN USE
None

RAW MATERIALS USED / I.D. NO.
Crude Oil

OPERATING CONDITIONS / PRODUCTION RATE
Normal

CHARCOAL TUBE
___ 150 mg  X 600 mg  ___ 1g  OTHER _____

| INSTRUMENT TYPE Dupont P-125 | SERIAL NO. / I.D. NO. 8793 | SAMPLE NUMBER 1121-014 |
| --- | --- | --- |

| FLOW RATE START 63.8cc | END 61.5cc | AVERAGE FLOW RATE 62.65cc | START TIME 7:35 AM | STOP TIME 15:30 PM | TOTAL TIME 475 Min. |
| --- | --- | --- | --- | --- | --- |

| START COL./STROKE | END | AVERAGE COL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
| --- | --- | --- | --- | --- | --- |

| CALIBRATION DATE 10-31-77 | METHOD ___ ROTOMETER X BUBBLE ___ OTHER | TOTAL SAMPLE VOLUME (LITERS) 29.759 |
| --- | --- | --- |

WORKTASKS, DIAGRAMS, COMMENTS

Employe, removed and replaced manhole plate on tank at J. E. Parker "C"

Battery #1.(Silurian)  Checked well for pump action on TXL South Unit 71-4;

Gas was bled from tbg.;  TXL South Unit Station #20-- repaired transfer

pump. --  J. E. Parker "C" #3- Installed Belt Guard.

All operations were normal.

Sample also represents:

RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.   <0.01 ppm Bz,  2.0 ppm THC

SAMPLED BY  *James A. Ray*

COLOGNE-TDPI-003655

## INDUSTRIAL HYGIENE SAMPLING FORM

**TEXACO**

| DATE | SHIFT | WEATHER |
|---|---|---|
| 0-31-77 | X DAY __ EVENING __ MIDNIGHT | Clear, 65° - Wind West 5-8 |

**DIVISION**
Producing Central - Midland

**EMPLOYE NAME**

**LOCATION**
Midland District - TXL Field

**SOCIAL SECURITY NUMBER**

**AREA / UNIT**
Andector - J.D. Slator "B"

**JOB FUNCTION/DESCRIPTION**
Pumper

**CONTAMINANTS FOR ANALYSIS**
Benzene

**SAMPLE TYPE**
X PERSONAL
__ AREA
__ SOURCE
__ BULK
__ DETECTOR TUBE
__ OTHER

**SAMPLE APPARATUS**
X CHARCOAL
__ MILLIPORE FILTER ONLY
__ CYCLONE
__ IMPINGER
__ GAS SAMPLE BAG
__ DETECTOR TUBE
__ OTHER

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**OPERATING CONDITIONS / PRODUCTION RATE**
Normal

**CHARCOAL TUBE**
__ 150 mg  X 600 mg.  __ 1g  __ OTHER

| INSTRUMENT TYPE | SERIAL NO. / I.D NO. | SAMPLE NUMBER |
|---|---|---|
| Dupont P-125 | 8799 | 1121-015 |

| FLOW RATE START | END | AVERAGE FLOW RATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 75.4cc | 75.4cc | 75.4cc | 8:15 AM | | 5.42 Min. |

| START VOL/STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS FINAL COUNT | | NET COUNT |
|---|---|---|---|---|---|
| | | | INITIAL COUNT | | |

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 0-31-77 | __ ROTOMETER  X BUBBLE  __ OTHER | .4087 |

**WORK TASKS, DIAGRAMS, COMMENTS**

Employe gauged and checked tank battery.  Battery has seven stock tanks.

Producing zones are:  Waddell, Ellen., Wolfcamp, and Montoya.

Operation was normal.

Sample also represents:

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.**
front  < 1.8 ppm B2,  < 6.5 ppm THC
back  < 1.8 ppm B2  < 6.5 ppm THC

SAMPLED BY  *James A. Ray*

COLOGNE-TDPI-003656

# INDUSTRIAL HYGIENE SAMPLING FORM

BLANK

| DATE | SHIFT | WEATHER |
|---|---|---|
| -31-77 | X DAY __ EVENING __ MIDNIGHT | Clear |

**DIVISION**
Producing Central - Midland

**EMPLOYE NAME**
Blank

**LOCATION**
Midland District - TXL Field

**SOCIAL SECURITY NUMBER**

**AREA/UNIT**
Andector

**JOB FUNCTION/DESCRIPTION**

**CONTAMINANTS FOR ANALYSIS**
Blank

**SAMPLE TYPE**
__ PERSONAL
__ AREA
__ SOURCE
_X_ BULK
__ DETECTOR TUBE
X OTHER BLANK

**SAMPLE APPARATUS**
__ CHARCOAL
__ MILLIPORE FILTER ONLY
__ CYCLONE
__ IMPINGER
__ GAS SAMPLE BAG
__ DETECTOR TUBE
__ OTHER

**I.H. CONTROLS IN USE**

**RAW MATERIALS USED / I.D. NO.**

**OPERATING CONDITIONS / PRODUCTION RATE**

**CHARCOAL TUBE**
__ 150 mg _X_ 600 mg. __ 1g __ OTHER

| INSTRUMENT TYPE | SERIAL NO. / I.D. NO. | SAMPLE NUMBER 1121-016 | | |
|---|---|---|---|---|
| FLOW RATE START | END | AVERAGE FLOW RATE | START TIME | STOP TIME | TOTAL TIME |

**WORK TASKS, DIAGRAMS, COMMENTS**

Blank

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC**

SAMPLED BY James A. Ray

COLOGNE TDPI-003657

# TEXACO INDUSTRIAL HYGIENE SAMPLING FORM

| | | |
|---|---|---|
| **DATE** 10-31-77 | **SHIFT** X DAY __ EVENING __ MIDNIGHT | **WEATHER** Clear, 65° - Wind West 6-8 |

**DIVISION**
Producing Central - Midland

**EMPLOYE NAME**

**LOCATION**
Midland District - TXL Field

**SOCIAL SECURITY NUMBER**

**AREA/UNIT**    RRC#06995
Andector - A. E. Thomas "A" NCT-1

**JOB FUNCTION/DESCRIPTION**
Pumper

**CONTAMINANTS FOR ANALYSIS**
Benzene

**SAMPLE TYPE**
X PERSONAL
__ AREA
__ SOURCE
X BULK
__ DETECTOR TUBE
__ OTHER

**SAMPLE APPARATUS**
X CHARCOAL
__ MILLIPORE FILTER ONLY
__ CYCLONE
__ IMPINGER
__ GAS SAMPLE BAG
__ DETECTOR TUBE
__ OTHER

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**OPERATING CONDITIONS/PRODUCTION RATE**
Normal

**CHARCOAL TUBE**
__ 150 mg  X 600 mg. __ 1 g __ OTHER

| **INSTRUMENT TYPE** Dupont P-125 | **SERIAL NO./I.D. NO.** 8799 | **SAMPLE NUMBER** 1121-017 |
|---|---|---|

| **FLOW RATE START** 75.1cc | **END** 75.1cc | **AVERAGE FLOWRATE** 75.1cc | **START TIME** 8:37 AM | **STOP TIME** | **TOTAL TIME** 2.58 Min. |
|---|---|---|---|---|---|

| **START COL./STROKE** | **END** | **AVERAGE VOL./STROKE** | **PUMPS WITH COUNTERS INITIAL COUNT** | **FINAL COUNT** | **NET COUNT** |
|---|---|---|---|---|---|

| **CALIBRATION DATE** 10-31-77 | **METHOD** __ ROTOMETER  X BUBBLE __ OTHER | **TOTAL SAMPLE VOLUME (LITERS)** .1938 |
|---|---|---|

**WORKTASKS, DIAGRAMS, COMMENTS**

Employe gauged three stock tanks.  Producing zones are: Ellen., Waddell, Silurian, and Devonian.  Operation was normal.

Sample also represents:

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.**

front  < 3.8 ppm Bz,  front  < 15 ppm THC

back  <3.8 ppm BZ,  < 15 ppm THC

**SAMPLED BY** _James A. Roy_

COLOGNE-TDPI-003658



# INDUSTRIAL HYGIENE SAMPLING FORM

| DATE | SHIFT |
|---|---|
| 0-31-77 | X DAY ___ EVENING ___ MIDNIGHT |

**WEATHER**
Clear, 66° - Wind West 6-8

**DIVISION**
Producing Central - Midland

**EMPLOYE NAME**

**LOCATION**
Midland  District - TXL Field

**SOCIAL SECURITY NUMBER**

**AREA/UNIT**
Andector - TXL "B"  RRC #00242

**JOB FUNCTION/DESCRIPTION**
Pumper

**CONTAMINANTS FOR ANALYSIS**
Benzene

**SAMPLE TYPE**
X PERSONAL
___ AREA
___ SOURCE
X BULK
___ DETECTOR TUBE
___ OTHER

**SAMPLE APPARATUS**
X CHARCOAL
___ MILLIPORE FILTER ONLY
___ CYCLONE
___ IMPINGER
___ GAS SAMPLE BAG
___ DETECTOR TUBE
___ OTHER

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**OPERATING CONDITIONS / PRODUCTION RATE**
Normal

**CHARCOAL TUBE**
___ 150 mg  X 600 mg.  ___ 1 g  ___ OTHER

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | SAMPLE NUMBER |
|---|---|---|
| Dupont P-125 | 8799 | 1121-018 |

| FLOW RATE START | END | AVERAGE FLOW RATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 74.9cc | 74.9cc | 74.9cc | 9:05 AM | | 1.57 Min. |

| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|
| | | | | | |

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 10-31-77 | X BUBBLE  ___ ROTOMETER  ___ OTHER | .1176 |

**WORK TASKS, DIAGRAMS, COMMENTS**

Employe gauged two stock tanks.  Producing zones are:  Goldsmith 5600 and

Devonian.  Operation was normal.

Sample also represents:

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.** front <6.1 ppm Bz, back 61 ppm Bz

48 ppm THC  <24 ppm THC

SAMPLED BY  *James A. Ray*



# INDUSTRIAL HYGIENE SAMPLING FORM

| TE | SHIFT | WEATHER |
|---|---|---|
| 10-31-77 | X DAY ___ EVENING ___ MIDNIGHT | Clear. 67° - Wind 6-8 |

DIVISION
Producing Central - Midland

EMPLOYE NAME

LOCATION
Midland District - TXL Field

SOCIAL SECURITY NUMBER

AREA/UNIT
Andector - H. E. Cummins "B"   RRC#43311

JOB FUNCTION/DESCRIPTION
Pumper

CONTAMINANTS FOR ANALYSIS
Benzene

SAMPLE TYPE
X PERSONAL
___ AREA
___ SOURCE
___ BULK
___ DETECTOR TUBE
___ OTHER

SAMPLE APPARATUS
X CHARCOAL
___ MILLIPORE FILTER ONLY
___ CYCLONE
___ IMPINGER
___ GAS SAMPLE BAG
___ DETECTOR TUBE
___ OTHER

I.H. CONTROLS IN USE
None

RAW MATERIALS USED / I.D. NO.
Crude Oil

OPERATING CONDITIONS / PRODUCTION RATE
Normal

CHARCOAL TUBE
___ 150 mg   X 600 mg. ___ 1 g ___ OTHER

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | SAMPLE NUMBER |
|---|---|---|
| Dupont P-125 | 8799 | 1121-019 |

| FLOW RATE START | END | AVERAGE FLOWRATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 74.8cc | 74.8cc | 74.8cc | 9:27 AM | | 2.72 Min. |

| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|
| | | | | | |

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 10-31-77 | X BUBBLE ___ ROTOMETER ___ OTHER | .2035 |

WORK TASKS, DIAGRAMS, COMMENTS

Employe gauged two stock tanks. Producing zones are: Fusselman, Goldsmith 5600.

Operation was normal.

Sample also represents:

RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC
front 35 ppm Bz,   back 35 ppm Bz
<14 ppm THC,   <14 ppm THC

SAMPLED BY   *James A. Ray*

COLOGNE-TDPI-003660



# INDUSTRIAL HYGIENE SAMPLING FORM

| | SHIFT | WEATHER |
|---|---|---|
| 10-31-77 | X DAY __ EVENING __ MIDNIGHT | Clear, 69° - Wind West 6-8 |

**DIVISION**
Producing Central - Midland

**EMPLOYE NAME**

**LOCATION**
Midland District - TXL Field

**SOCIAL SECURITY NUMBER**

**AREA/UNIT**
Andector - J.F. Cowden Btry #10

**JOB FUNCTION/DESCRIPTION**
Pumper

**CONTAMINANTS FOR ANALYSIS**
Benzene

**SAMPLE TYPE**
_X_ PERSONAL
__ AREA
__ SOURCE
__ BULK
__ DETECTOR TUBE
__ OTHER

**SAMPLE APPARATUS**
_X_ CHARCOAL
__ MILLIPORE FILTER ONLY
__ CYCLONE
__ IMPINGER
__ GAS SAMPLE BAG
__ DETECTOR TUBE
__ OTHER

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**OPERATING CONDITIONS/PRODUCTION RATE**
Normal

**CHARCOAL TUBE**
__ 150 mg   _X_ 600 mg.  __ 1 g   __ OTHER

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | | SAMPLE NUMBER | | |
|---|---|---|---|---|---|
| Dupont P-125 | 8799 | | | 1121-020 | |

| FLOW RATE START | END | AVERAGE FLOWRATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 74.8cc | 74.8cc | 74.8cc | 9:44 AM | | 2.03 Min. |

| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|

| CALIBRATION DATE | METHOD | | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|---|
| 10-31-77 | _X_ BUBBLE __ ROTOMETER __ OTHER | | .1518 |

**WORKTASKS, DIAGRAMS, COMMENTS**

Employe gauged two stock tanks.  Producing zones is San Andres.  Operation was normal.

Sample also represents:

RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.   front <4.7 ppm Bz    back 37 ppm Bz
26 ppm THC    <18 ppm THC

SAMPLED BY   *James A. Ray*

COLOGNE-TDPI-003661



# INDUSTRIAL HYGIENE SAMPLING FORM

| | |
|---|---|
| 10-31-77 | SHIFT: X DAY __ EVENING __ MIDNIGHT |

WEATHER: Clear, 71° - Wind West 6-8

| DIVISION | EMPLOYE NAME |
|---|---|
| Producing Central - Midland | |

| LOCATION | SOCIAL SECURITY NUMBER |
|---|---|
| Midland District - TXL Field | |

| AREA/UNIT | JOB FUNCTION/DESCRIPTION |
|---|---|
| Andector - J.F. Cowden Btry #2 | Pumper |

CONTAMINANTS FOR ANALYSIS: Benzene

SAMPLE TYPE: __ PERSONAL  __ AREA  __ SOURCE  __ BULK  __ DETECTOR TUBE  __ OTHER ____

SAMPLE APPARATUS: X CHARCOAL  __ MILLIPORE FILTER ONLY  __ CYCLONE  __ IMPINGER  __ GAS SAMPLE BAG  __ DETECTOR TUBE  __ OTHER

I.H. CONTROLS IN USE: None

RAW MATERIALS USED/I.D. NO.: Crude Oil

OPERATING CONDITIONS/PRODUCTION RATE: Normal

CHARCOAL TUBE: __ 150 mg.  X 600 mg.  __ 1 g.  __ OTHER ____

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | SAMPLE NUMBER |
|---|---|---|
| Dupont P-125 | 8799 | 1121-021 |

| FLOW RATE START | END | AVERAGE FLOW RATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 74.6cc | 74.6cc | 74.6cc | 9:50 AM | | 2.62 Min. |

| START COL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|
| | | | INITIAL COUNT | | |

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 10-31-77 | __ ROTOMETER  X BUBBLE  __ OTHER | .1955 |

WORK TASKS, DIAGRAMS, COMMENTS

Employe gauged three stock tanks.  Producing zones are:  Ellen., Waddell, and McKee.

The producing wells of this lease were shut-in due to the lease being out of allowable.

This tank battery normally has much more gas vapors at battery than it had during this

test.

Sample also represents:

RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.   front 33 ppm Bz   back < 3.7 ppm Bz

1800 ppm THC        410 ppm THC

SAMPLED BY   James A. Roy

COLOGNE-TDPI-003662



# INDUSTRIAL HYGIENE SAMPLING FORM

| DATE | SHIFT | WEATHER |
|---|---|---|
| 10-31-77 | X DAY __ EVENING __ MIDNIGHT | Clear, 71° – Wind North 5-8 |

**DIVISION:** Producing Central – Midland

**EMPLOYE NAME:**

**LOCATION:** Midland District – TXL Field

**SOCIAL SECURITY NUMBER:**

**AREA/UNIT:** Andector – B. H. Blakney

**JOB FUNCTION/DESCRIPTION:** Pumper

**CONTAMINANTS FOR ANALYSIS:** Benzene

**SAMPLE TYPE:** X PERSONAL __ AREA __ SOURCE __ BULK __ DETECTOR TUBE __ OTHER

**SAMPLE APPARATUS:** X CHARCOAL __ MILLIPORE FILTER ONLY __ CYCLONE __ IMPINGER __ GAS SAMPLE BAG __ DETECTOR TUBE __ OTHER

**I.H. CONTROLS IN USE:** None

**RAW MATERIALS USED / I.D. NO.:** Crude Oil

**OPERATING CONDITIONS/PRODUCTION RATE:** Normal

**CHARCOAL TUBE:** __ 150 mg. X 600 mg. __ 1g __ OTHER

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | SAMPLE NUMBER |
|---|---|---|
| Dupont P-125 | 8799 | 1121-022 |

| FLOW RATE START | END | AVERAGE FLOWRATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 74.4cc | 74.4cc | 74.4cc | 10:26 AM | | 2.27 Min. |

| START CC./STROKE | END | AVERAGE CC./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 10-31-77 | X BUBBLE __ ROTOMETER __ OTHER | .1689 |

**WORKTASKS, DIAGRAMS, COMMENTS**

Employe gauged three stock tanks.  Producing zone is San Andres.  Operation was normal.

Sample also represents:

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.** front < 4.3 ppm Bz   back < 4.3 ppm Bz

< 16 ppm THC       < 16 ppm THC

**SAMPLED BY** *James A. Roy*

COLOGNE-DP1-003663



# INDUSTRIAL HYGIENE SAMPLING FORM

| DATE | SHIFT | WEATHER |
|------|-------|---------|
| 10-31-77 | X DAY ___ EVENING ___ MIDNIGHT | Clear, 76°, Wind North 7-9 |

**DIVISION**
Producing Central – Midland

**LOCATION**
Midland District – TXL Field

**AREA/UNIT**
Andector – O.B. Holt Btry. #1

**CONTAMINANTS FOR ANALYSIS**
Benzene

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**OPERATING CONDITIONS/PRODUCTION RATE**
Normal

**EMPLOYE NAME**

**SOCIAL SECURITY NUMBER**

**JOB FUNCTION/DESCRIPTION**
Pumper

**SAMPLE TYPE**
X PERSONAL
___ AREA
___ SOURCE
___ BULK
___ DETECTOR TUBE
___ OTHER

**SAMPLE APPARATUS**
X CHARCOAL
___ MILLIPORE FILTER ONLY
___ CYCLONE
___ IMPINGER
___ GAS SAMPLE BAG
___ DETECTOR TUBE
___ OTHER

**CHARCOAL TUBE**
___ 150 mg.  X 600 mg. ___ 1 g  ___ OTHER ___

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | SAMPLE NUMBER |
|---|---|---|
| Dupont P-125 | 8799 | 1121-023 |

| FLOW RATE START | END | AVERAGE FLOW RATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 74.2cc | 74.2cc | 74.2cc | 10:52 AM | | 2.60 Min. |

| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|
| | | | | | |

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 10-31-77 | X BUBBLE ___ ROTOMETER ___ OTHER | .1929 |

**WORK TASKS, DIAGRAMS, COMMENTS**

Employe gauged three stock tanks.  Producing zones are Penn. and Grayburg.

Operations were normal.

Sample also represents:

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.**

front < 2.0 ppm Bz     back < 2.0 Bz

1200 ppm THC     160 ppm THC

SAMPLED BY     *James A. Ray*

COLOGNE-TDPI-003664

 **INDUSTRIAL HYGIENE SAMPLING FORM**

| | |
|---|---|
| DATE 10-31-77 | SHIFT  X DAY __ EVENING __ MIDNIGHT |

WEATHER  Clear, 78°, Wind West 10-12

DIVISION: Producing Central – Midland

EMPLOYE NAME

LOCATION: Midland District – TXL Field

SOCIAL SECURITY NUMBER

AREA/UNIT: Kermit Area – South Unit-Central Btry.    TXL South Unit

JOB FUNCTION/DESCRIPTION: Pumper

CONTAMINANTS FOR ANALYSIS: Benzene

SAMPLE TYPE: X PERSONAL, __ AREA, __ SOURCE, __ BULK, __ DETECTOR TUBE, __ OTHER

SAMPLE APPARATUS: X CHARCOAL, __ MILLIPORE FILTER ONLY, __ CYCLONE, __ IMPINGER, __ GAS SAMPLE BAG, __ DETECTOR TUBE, __ OTHER

I.H. CONTROLS IN USE: None

RAW MATERIALS USED / I.D. NO.: Crude Oil

CHARCOAL TUBE: __ 150 mg  X 600 mg  __ 1 g  __ OTHER

OPERATING CONDITIONS/PRODUCTION RATE: Normal

INSTRUMENT TYPE: Dupont P-125    SERIAL NO./I.D. NO.: 8799

SAMPLE NUMBER: 1121-024

| FLOW RATE START | END | AVERAGE FLOWRATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 73.9cc | 73.9cc | 73.9cc | 12:40 AM | | 6.80 Min. |

START COL./STROKE | END | AVERAGE COL./STROKE

PUMPS WITH COUNTERS: INITIAL COUNT | FINAL COUNT | NET COUNT

CALIBRATION DATE: 10-31-77    METHOD: X BUBBLE __ ROTOMETER __ OTHER

TOTAL SAMPLE VOLUME (LITERS): .5025

WORK TASKS, DIAGRAMS, COMMENTS

Employe gauged five stock tanks and one Gun-Barrel.  Producing zone is Tubb Sand.

Operation was normal.

Sample also represents:

RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.    front < 0.76 ppm Bz,   back < 0.76 ppm Bz
21 ppm THC    < 5.3 ppm THC

SAMPLED BY  _James A. Ray_

COLOGNE-TDPI-003665

 **TEXACO**

# INDUSTRIAL HYGIENE SAMPLING FORM

| DATE | SHIFT | WEATHER |
|---|---|---|
| 10-31-77 | X DAY ___ EVENING ___ MIDNIGHT | Clear, 80°, Wind NW 10-12 |

**DIVISION**
Producing Central – Midland

**EMPLOYEE NAME**

**LOCATION**
Midland District – TXL Field

**SOCIAL SECURITY NUMBER**

**AREA/UNIT**
Kermit Area – South Unit – Btry. #2&3    J.E. Parker "C"

**JOB FUNCTION/DESCRIPTION**
Pumper

**CONTAMINANTS FOR ANALYSIS**
Benzene

**SAMPLE TYPE**
X PERSONAL
___ AREA
___ SOURCE
X BULK
___ DETECTOR TUBE
___ OTHER ___

**SAMPLE APPARATUS**
X CHARCOAL
___ MILLIPORE FILTER ONLY
___ CYCLONE
___ IMPINGER
___ GAS SAMPLE BAG
___ DETECTOR TUBE
___ OTHER ___

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**OPERATING CONDITIONS / PRODUCTION RATE**
Normal

**CHARCOAL TUBE**
___ 150 mg   X 600 mg   ___ 1 g   ___ OTHER ___

| INSTRUMENT TYPE | SERIAL NO. / I.D. NO. | SAMPLE NUMBER |
|---|---|---|
| Dupont P-125 | 8799 | 1121-025 |

| FLOW RATE START | END | AVERAGE FLOW RATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 73.7cc | 73.7cc | 73.7cc | 1:02 Pm | | 2.48 Min. |

| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|
| | | | | | |

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 10-31-77 | ___ ROTOMETER  X BUBBLE  ___ OTHER | .1828 |

**WORK TASKS, DIAGRAMS, COMMENTS**

Employee gauged four stock tanks.  Producing zones are Silurian and San Andres.

Operations were normal.

Sample also represents:

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.**

front < 2.1 ppm Bz,    back < 2-1 ppm Bz
< 15 ppm THC    < 15 ppm THC

**SAMPLED BY**  *James A. Ray*

COLOGNE-TDPI-003666



# INDUSTRIAL HYGIENE SAMPLING FORM

| DATE 10-31-77 | SHIFT X DAY __ EVENING __ MIDNIGHT | WEATHER Clear, 82°, Wind NW 13-15 |
|---|---|---|

DIVISION: Producing Central – Midland

LOCATION: Midland District – TXL Field

AREA/UNIT: Kermit Area – State of Texas "E"

EMPLOYE NAME:

SOCIAL SECURITY NUMBER:

JOB FUNCTION/DESCRIPTION: Pumper

CONTAMINANTS FOR ANALYSIS: Benzene

I.H. CONTROLS IN USE: None

RAW MATERIALS USED / I.D. NO.: Crude Oil

SAMPLE TYPE: X PERSONAL __ AREA __ SOURCE __ BULK __ DETECTOR TUBE __ OTHER

SAMPLE APPARATUS: X CHARCOAL __ MILLIPORE FILTER ONLY __ CYCLONE __ IMPINGER __ GAS SAMPLE BAG __ DETECTOR TUBE __ OTHER

OPERATING CONDITIONS/PRODUCTION RATE: Normal

CHARCOAL TUBE: __ 150 mg. X 600 mg. __ 1 g __ OTHER

INSTRUMENT TYPE: Dupont P-125   SERIAL NO./I.D. NO.: 8799

SAMPLE NUMBER: 1121-026

| FLOW RATE START 73.4cc | END 73.4cc | AVERAGE FLOWRATE 73.4cc | START TIME 2:18 PM | STOP TIME | TOTAL TIME 1.58 Min. |
|---|---|---|---|---|---|

START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT

CALIBRATION DATE: 10-31-77   METHOD: __ ROTOMETER X BUBBLE __ OTHER

TOTAL SAMPLE VOLUME (LITERS): .1160

WORKTASKS, DIAGRAMS, COMMENTS

Employe gauged two stock tanks. Producing zone is Yates. Operation was normal.

Sample also represents:

RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC. front 16 ppm B2    back < 3.3 ppm B2
< 23 ppm THC    < 23 ppm THC

SAMPLED BY _James A. Res_

COLOGNE-TDPI-003667



# INDUSTRIAL HYGIENE SAMPLING FORM

| DATE | SHIFT | WEATHER |
|---|---|---|
| 11-1-77 | X DAY ___ EVENING ___ MIDNIGHT | Clear, low 56° – high 72°, Wind NW 25-30 |

**DIVISION**
Producing Central – Midland

**EMPLOYE NAME**

**LOCATION**
Midland District – TXL Field

**SOCIAL SECURITY NUMBER**

**AREA/UNIT**
Andector Area – PM SET #286

**JOB FUNCTION/DESCRIPTION**
Pumper

**CONTAMINANTS FOR ANALYSIS**
Benzene

**SAMPLE TYPE**
X PERSONAL
___ AREA
___ SOURCE
___ BULK
___ DETECTOR TUBE
___ OTHER

**SAMPLE APPARATUS**
X CHARCOAL
___ MILLIPORE FILTER ONLY
___ CYCLONE
___ IMPINGER
___ GAS SAMPLE BAG
___ DETECTOR TUBE
___ OTHER

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**OPERATING CONDITIONS / PRODUCTION RATE**
Normal

**CHARCOAL TUBE**
___ 150 mg    X 600 mg.  ___ 1 g    ___ OTHER ___

| INSTRUMENT TYPE | SERIAL NO. / I.D. NO. | SAMPLE NUMBER | | |
|---|---|---|---|---|
| Dupont P-125 | 8714 | 1121-027 | | |

| FLOW RATE START | END | AVERAGE FLOWRATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 77.5cc | 78.1cc | 77.8cc | 7:40 AM | 15:48 PM | 488 MIN. |

| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|
| | | | | | |

| CALIBRATION DATE | METHOD | | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|---|
| 11-01-77 | X BUBBLE ___ ROTOMETER ___ OTHER | | 37.9664 |

**WORKTASKS, DIAGRAMS, COMMENTS**

Employe takes care of six tank batteries.  Producing zones are:  Wolfcamp, San Andres,

G & W Devonian.    Operations were normal.

Sample also represents:

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.**

front  < 0.01 ppm Bz          back  0.04 ppm Bz

< 1.0 ppm THC

SAMPLED BY  *James A. Ray*

COLOGNE-TDPI-003668



# INDUSTRIAL HYGIENE SAMPLING FORM

| DATE | SHIFT | WEATHER |
|---|---|---|
| 11-01-77 | X DAY __ EVENING __ MIDNIGHT | Clear, low 56° – high 72°, Wind NW 25-30 |

**DIVISION**
Producing Central – Midland

**EMPLOYE NAME**

**LOCATION**
Midland District – TXL Field

**SOCIAL SECURITY NUMBER**

**AREA/UNIT**
Andector Area – (GANG)

**JOB FUNCTION/DESCRIPTION**
Roustabout

**CONTAMINANTS FOR ANALYSIS**
Benzene

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**SAMPLE TYPE**
X PERSONAL
__ AREA
__ SOURCE
__ BULK
__ DETECTOR TUBE
__ OTHER _____

**SAMPLE APPARATUS**
X __ CHARCOAL
__ MILLIPORE FILTER ONLY
__ CYCLONE
__ IMPINGER
__ GAS SAMPLE BAG
__ DETECTOR TUBE
__ OTHER _____

**OPERATING CONDITIONS / PRODUCTION RATE**
Normal

**CHARCOAL TUBE**
__ 150 mg   X 600 mg   __ 1 g   __ OTHER _____

| INSTRUMENT TYPE | SERIAL NO. / I.D. NO. | SAMPLE NUMBER |
|---|---|---|
| Dupont P-125 | 8715 | 1121-028 |

| FLOW RATE START | END | AVERAGE FLOW RATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 80.0cc | 79.4cc | 79.7cc | 7:45 AM | 15:30 PM | 465 Min. |

| START COL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|
| | | | | | |

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 10-01-77 | X BUBBLE __ ROTOMETER __ OTHER | 37.06 |

**WORK TASKS, DIAGRAMS, COMMENTS**

Employe bled separator and repaired kimray dump valve on G.C. Frasier "F" battery #1.

Production on this battery is San Andres.

Employe repaired kimray valve on A.E. Thomas "A" NCT-1 #28.   Production on this station is silurian.

Operations were normal.

Sample also represents:

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.**   < 0.01 ppm BZ,   < 1.0 ppm THC

SAMPLED BY   _James C. Karl_

COLOGNE-TDPI-003669



# INDUSTRIAL HYGIENE SAMPLING FORM

BLANK

| DATE 11-01-77 | SHIFT  X  DAY ___ EVENING ___ MIDNIGHT | WEATHER Clear |
|---|---|---|
| DIVISION Producing Central – Midland | | EMPLOYEE NAME Blank |
| LOCATION Midland District – TXL Field | | SOCIAL SECURITY NUMBER |
| AREA/UNIT | | JOB FUNCTION/DESCRIPTION |

CONTAMINANTS FOR ANALYSIS
Blank

I.H. CONTROLS IN USE

RAW MATERIALS USED / I.D. NO.

SAMPLE TYPE
___ PERSONAL
___ AREA
___ SOURCE
_X_ BULK
___ DETECTOR TUBE
_X_ OTHER BLANK

SAMPLE APPARATUS
___ CHARCOAL
___ MILLIPORE FILTER ONLY
___ CYCLONE
___ IMPINGER
___ GAS SAMPLE BAG
___ DETECTION TUBE
___ OTHER

OPERATING CONDITIONS/PRODUCTION RATE

CHARCOAL TUBE
___ 150 mg   _X_ 600 mg.  ___ 1 g   ___ OTHER

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | SAMPLE NUMBER 1121-029 |
|---|---|---|

| FLOW RATE START | END | AVERAGE FLOWRATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|

| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|

| CALIBRATION DATE | METHOD ___ ROTOMETER ___ BUBBLE ___ OTHER | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|

WORK TASKS, DIAGRAMS, COMMENTS

BLANK

RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.

SAMPLED BY  *James A. Ray*

COLOGNE-TDPI-003670



# INDUSTRIAL HYGIENE SAMPLING FORM

| DATE | SHIFT | WEATHER |
|---|---|---|
| 11-01-77 | X DAY ___ EVENING ___ MIDNIGHT | Clear, 66°, Wind N 15-18 |

**DIVISION**
Producing Central - Midland

**EMPLOYE NAME**

**LOCATION**
Midland District - TXL Field

**SOCIAL SECURITY NUMBER**

**AREA/UNIT**
Kermit Area - State of Tx. "DL" Btry. #1

**JOB FUNCTION/DESCRIPTION**
Pumper

**CONTAMINANTS FOR ANALYSIS**
Benzene

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**SAMPLE TYPE**
X PERSONAL
___ AREA
___ SOURCE
___ BULK
___ DETECTOR TUBE
___ OTHER

**SAMPLE APPARATUS**
X CHARCOAL
___ MILLIPORE FILTER ONLY
___ CYCLONE
___ IMPINGER
___ GAS SAMPLE BAG
___ DETECTOR TUBE
___ OTHER

**OPERATING CONDITIONS / PRODUCTION RATE**
Normal

**CHARCOAL TUBE**
___ 150 mg  X 600 mg.  ___ 1 g  ___ OTHER

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | SAMPLE NUMBER | | |
|---|---|---|---|---|
| Dupont P-125 | 8799 | 1121-030 | | |

| FLOW RATE START | END | AVERAGE FLOWRATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 74.9cc | 74.9cc | 74.9cc | 9:54 AM | | 2.25 Min. |

| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|
| | | | INITIAL COUNT | | |

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 11-01-77 | X BUBBLE ___ ROTOMETER ___ OTHER | .168525 |

**WORK TASKS, DIAGRAMS, COMMENTS**

Employe gauged two stock tanks.  Producing zone is Delaware.  Operation was normal.

Sample also represents:

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC**

front < 2.2 ppm B2      back < 2.2 ppm B2

< 16 ppm THC        < 16 ppm THC

SAMPLED BY  _James R. Ray_

COLOGNE-TDPI-003671

 TEXACO

# INDUSTRIAL HYGIENE SAMPLING FORM

| DATE | SHIFT | WEATHER |
|---|---|---|
| 11-01-77 | X DAY ___ EVENING ___ MIDNIGHT | Clear, 70°, Wind N 20-25 |

**DIVISION**
Producing Central - Midland

**EMPLOYE NAME**

**LOCATION**
Midland District - TXL Field

**SOCIAL SECURITY NUMBER**

**AREA/UNIT**
Kermit Area - L. Daugherty NCT-2  Btry. #1

**JOB FUNCTION/DESCRIPTION**
Pumper

**CONTAMINANTS FOR ANALYSIS**
Benzene

**SAMPLE TYPE**
X PERSONAL
___ AREA
___ SOURCE
___ BULK
___ DETECTOR TUBE
___ OTHER _____

**SAMPLE APPARATUS**
X CHARCOAL
___ MILLIPORE FILTER ONLY
___ CYCLONE
___ IMPINGER
___ GAS SAMPLE BAG
___ DETECTOR TUBE
___ OTHER _____

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**OPERATING CONDITIONS / PRODUCTION RATE**
Normal

**CHARCOAL TUBE**
___ 150 mg.   X 600 mg.   ___ 1 g   ___ OTHER _____

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | SAMPLE NUMBER |
|---|---|---|
| Dupont P-125 | 8799 | 1121-031 |

| FLOW RATE START | END | AVERAGE FLOWRATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 74.1cc | 74.1cc | 74.1cc | 10:52 AM | | 2.33 Min. |

| START CC./STROKE | END | AVERAGE CC./STROKE | PUMPS WITH COUNTERS | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|
| | | | INITIAL COUNT | | |

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 11-01-77 | X BUBBLE ___ ROTOMETER ___ OTHER | .1727 |

**WORK TASKS, DIAGRAMS, COMMENTS**

Employe gauged two stock tanks.  Producing zone is Scarbrough.  Operation was normal.

Sample also represents:

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC**
front < 4.2 ppm BZ,    back < 4.2 ppm BZ
110 ppm THC       < 16 ppm THC

SAMPLED BY   *James A. Ray*

COLOGNE-TDPI-003672

 TEXACO

# INDUSTRIAL HYGIENE SAMPLING FORM

| DATE | SHIFT | WEATHER |
|---|---|---|
| 11-01-77 | X DAY __ EVENING __ MIDNIGHT | Clear, 71°, Wind N 20-25 |

| DIVISION | EMPLOYE NAME |
|---|---|
| Producing Central – Midland | |

| LOCATION | SOCIAL SECURITY NUMBER |
|---|---|
| Midland District – TXL Field | |

| AREA/UNIT | JOB FUNCTION/DESCRIPTION |
|---|---|
| Kermit Area – Seth Campbell Btry #1 | Pumper |

**CONTAMINANTS FOR ANALYSIS**
Bezene

**SAMPLE TYPE**
X PERSONAL
__ AREA
__ SOURCE
__ BULK
__ DETECTOR TUBE
__ OTHER

**SAMPLE APPARATUS**
X CHARCOAL
__ MILLIPORE FILTER ONLY
__ CYCLONE
__ IMPINGER
__ GAS SAMPLE BAG
__ DETECTOR TUBE
__ OTHER

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED/I.D. NO.**
Crude Oil

**OPERATING CONDITIONS/PRODUCTION RATE**
Normal

**CHARCOAL TUBE**
__ 150 mg   X 600 mg   __ 1 g   __ OTHER

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | SAMPLE NUMBER |
|---|---|---|
| Dupont P-125 | 8799 | 1121-032 |

| FLOW RATE START | END | AVERAGE FLOW RATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 73.8cc | 73.8cc | 73.8cc | 11:20 AM | | 3 Min. |

| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|
| | | | | | |

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 11-01-77 | __ ROTOMETER   X BUBBLE   __ OTHER | .2214 |

**WORK TASKS, DIAGRAMS, COMMENTS**

Employe gauged five stock tanks.  Producing zone is Colby.  Operation was normal.

Sample also represents:

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC**

front < .3.2 ppm BZ          back < 3.2 ppm BZ

< 13 ppm THC          190 ppm THC

SAMPLED BY          *James A. Ray*

COLOGNE-TDPI-003673



# INDUSTRIAL HYGIENE SAMPLING FORM

| DATE | SHIFT | WEATHER |
|---|---|---|
| 11-01-77 | X DAY __ EVENING __ MIDNIGHT | Clear, 71°, Wind N 22-27 |

**DIVISION**
Producing Central - Midland

**EMPLOYE NAME**

**LOCATION**
Midland District - TXL Field

**SOCIAL SECURITY NUMBER**

**AREA/UNIT**
Kermit Area - Seth Campbell Btry. #3

**JOB FUNCTION/DESCRIPTION**
Pumper

**CONTAMINANTS FOR ANALYSIS**
Benzene

**SAMPLE TYPE**
X PERSONAL
__ AREA
__ SOURCE
__ BULK
__ DETECTOR TUBE
__ OTHER

**SAMPLE APPARATUS**
X CHARCOAL
__ MILLIPORE FILTER ONLY
__ CYCLONE
__ IMPINGER
__ GAS SAMPLE BAG
__ DETECTOR TUBE
__ OTHER

**I.H. CONTROLS IN USE**
None

**RAW MATERIALS USED / I.D. NO.**
Crude Oil

**OPERATING CONDITIONS/PRODUCTION RATE**
Normal

**CHARCOAL TUBE**
__ 150 mg. X 600 mg. __ 1g __ OTHER

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | SAMPLE NUMBER | | |
|---|---|---|---|---|
| Dupont P-125 | 8799 | 1121-033 | | |

| FLOW RATE START | END | AVERAGE FLOWRATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 73.6cc | 73.6cc | 73.6cc | 11:32 AM | | 2.83 Min. |

| START VOL./STROKE | END | AVERAGE VOL./STROKE | PUMPS WITH COUNTERS INITIAL COUNT | FINAL COUNT | NET COUNT |
|---|---|---|---|---|---|
| | | | | | |

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 11-01-77 | __ ROTOMETER  X BUBBLE __ OTHER | .2083 |

**WORK TASKS, DIAGRAMS, COMMENTS**

Employe gauged three stock tanks.  Producing zones are Fusselman, Ellen, McKee and

Devonian.  Operation was normal.  These wells are considered to be gas wells.

Sample also represents:

**RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC.**

front < 3.5 ppm BZ,   back <3.5 ppm BZ

< 14 ppm THC          <14 ppm THC

SAMPLED BY   *James A. Ray*

COLOGNE-TDPI-003674



# INDUSTRIAL HYGIENE SAMPLING FORM

| DATE | SHIFT |
|---|---|
| 11-01-77 | X DAY __ EVENING __ MIDNIGHT |

WEATHER: Clear, 72°, Wind N 25-30

DIVISION: Producing Central – Midland

EMPLOYE NAME:

LOCATION: Midland District – TXL Field

SOCIAL SECURITY NUMBER:

AREA/UNIT: Kermit Area – Seth Campbell  Btry. #4

JOB FUNCTION/DESCRIPTION: Pumper

CONTAMINANTS FOR ANALYSIS: Benzene

SAMPLE TYPE: X PERSONAL __ AREA __ SOURCE __ BULK __ DETECTOR TUBE __ OTHER

SAMPLE APPARATUS: X CHARCOAL __ MILLIPORE FILTER ONLY __ CYCLONE __ IMPINGER __ GAS SAMPLE BAG __ DETECTOR TUBE __ OTHER

I.H. CONTROLS IN USE: None

RAW MATERIALS USED/I.D. NO.: Crude Oil

OPERATING CONDITIONS/PRODUCTION RATE: Normal

CHARCOAL TUBE: __ 150 mg  X 600 mg.  __ 1 g  __ OTHER

| INSTRUMENT TYPE | SERIAL NO./I.D. NO. | SAMPLE NUMBER |
|---|---|---|
| Dupont P-125 | 8799 | 1121-034 |

| FLOW RATE START | END | AVERAGE FLOWRATE | START TIME | STOP TIME | TOTAL TIME |
|---|---|---|---|---|---|
| 73.4cc | 73.4cc | 73.4cc | 11:45 AM | | 3.45 Min. |

PUMPS WITH COUNTERS | FINAL COUNT | NET COUNT
INITIAL COUNT

| CALIBRATION DATE | METHOD | TOTAL SAMPLE VOLUME (LITERS) |
|---|---|---|
| 11-01-77 | X BUBBLE __ ROTOMETER __ OTHER | .2532 |

WORK TASKS, DIAGRAMS, COMMENTS

Employe gauged three stock tanks.  Producing zone is clearfork.  Operation was normal.

Sample also represents:

RESULTS FOR DETECTOR TUBE, CHARCOAL, CENTURY, ETC:  front <2-8 ppm BZ,  back <2-8 ppm BZ
<11 ppm THC.  <11 ppm THC.

SAMPLED BY: _James A. Ray_

COLOGNE-TDPI-003675