Exhibit 4

VII.   APPENDIX I

COMPLIANCE METHOD

SAMPLING AND ANALYTICAL PROCEDURES

FOR DETERMINATION OF TOLUENE


The  following  sampling  and  analytical method for analysis of toluene in air employs adsorption on charcoal, followed by  desorption and  gas  chromatographic measurement.  This is a modified method that is derived from White et al [68] and Kupel and White. [69]  Additional data are contained in Part IV under Accuracy and Precision Data.


Atmospheric Sampling

(a)   Equipment Used

The  sampling  train  is  composed  of a charcoal tube, a vacuum pump, and a flowmeter.  A personal sampler pump or a  hand pump (eg, a detector tube pump) may be calibrated to produce the desired volume of air.

(b)   Calibration of Sampling Instruments

Air sampling instruments may be calibrated with a wet test meter or other suitable reference over  a  normal  range  of  flowrates  and pressure drops.  The calibration is conducted at least annually and at any time following repairs or modifications to  the  sampling  system. Similarly,  wet  test meters should be calibrated upon procurement, at least annually, and after each repair.  Calibration  curves  shall  be established  for each sampling pump and shall be used in adjusting the

pumps prior to field use. The volumetric flowrate through the sampling system shall be spot checked and the proper adjustments made before and during each study to assure obtaining accurate airflow data.

(1)    Flowmeter Calibration Test Method

(A)    Procedure

(i)    With the wet test meter in a level position, check to ascertain that the water level just touches the calibration point on the meter. If the water level is low, add water 1 to 2 F warmer than room temperature to the fill point and run the meter for 30 minutes before calibration.

(ii)    Check the voltage of the pump battery with a voltmeter to assure adequate voltage for calibration. Charge the pump battery if needed.

(iii)    Break the tips of a charcoal tube to produce openings of at least 2 mm in diameter.

(iv)    Assemble the calibration train in series, with the test meter, then the charcoal tube, and finally the pump.

(v)    Turn the pump on, adjusting the rotameter float to a selected reading on the rotameter scale. Wait until the float indicates a steady reading.

(vi)    The pointer on the meter should turn clockwise and indicate a pressure drop of not more than 1.0 inch of

water.  Operate the system for 10 minutes before starting the calibration.  If the pressure is greater, recheck the system.

(vii)  Data for the calibration include the serial number; meter reading, start and finish; starting time, finish time, and elapsed time; air temperature; barometric pressure; serial number of the pump and rotameter; the name of person performing the calibration; and the date.

(viii) Adjust the rotameter float to at least 3 other readings and record the pertinent data in step vii at each reading.

(ix)  Correct the readings to standard conditions of pressure and temperature by means of the gas law equation.

(x)  Use graph paper to plot the actual airflow and the rotameter readings.  Determine the rotameter reading which will result in a 1 liter/minute flowrate for the pump being calibrated.

(c)  Sampling Procedure

The equipment should be set up in a proper locale.  The tips of the charcoal tube are broken off producing openings of at least 2 mm in diameter and the filled end of the tube is inserted toward the pump.  The tube should always be in a vertical position during sampling.  The pump is started and a 10-liter sample is taken at a flowrate of 1 liter/minute.  Slower flowrates may be used to lengthen the sampling period but the 1 liter/minute rate should not be

exceeded.   After  the sample is taken, each end of the tube should be capped (plastic caps are provided with commercial tubes).  The samples will  remain  stable  for  at least 2 weeks which permits shipment for analysis; however, samples should be analyzed as soon as  possible  in keeping with good laboratory practices.


<u>Analytical</u>

(a)   Principle of the Method

A  known  volume of air is drawn through a charcoal tube to trap the organic vapors present.  The charcoal in the tube  is  transferred to a small test tube and desorbed with carbon disulfide and an aliquot of the desorbed sample is injected into a gas chromatograph.  The area of  the  resulting peak is determined and compared with areas obtained from the injection of standards.

(b)   Range and Sensitivity

The  lower  limit  for  toluene  with instrument attenuation and splitter techniques is 0.01 mg/sample.  This value can be  lowered  by reducing  the  attenuation  or by eliminating the splitter.  The upper limit value for toluene is 12.5 mg/sample.  This value is  the  number of milligrams of toluene which the front section will collect before a significant amount passes to the backup section.   The  charcoal  tube consists of 2 sections of activated charcoal separated by a section of urethane foam [see description in (f)(2)].  If a particular atmosphere is  suspected  of  containing  a  large  amount  of contaminant, it is recommended that a smaller than normal sampling  volume  be  taken  to avoid exceeding the adsorbent capacity of the charcoal in the tube.

78

(c)    Interferences

(1)    When the amount of water in the air is so great that condensation actually occurs in the tube, organic vapors will not be trapped.  Water present as a mist is a problem, not water vapor.

(2)    Any compound which has the same retention time in the gas chromatograph as toluene at the operating conditions described in this method could be considered an interference.  This type of interference can be overcome by changing the operating conditions of the instrument.

(d)    Accuracy and Precision

The accuracy and precision determined by a representative laboratory test with toluene (see also Accuracy and Precision Data in Part IV) was found to be:

|  | Accuracy | Precision |
|---|---|---|
| Motor driven laboratory pump | 3.5% | 2.8% |
| Approved coal mine personal sampling pump (calibrated with no in-line resistance) | 22.9% | 9.7% |
| Approved coal mine personal sampling pump (calibrated with charcoal tube in line) | 7.4% | 4.5% |

The accuracy includes single day systematic error by 1 operator. Precision represents the single day accuracy on several different tubes and includes tube-to-tube deviation under controlled laboratory conditions. [87]

(e)   Advantages and Disadvantages of the Method

The sampling device is small, portable, and involves no liquids; one basic method is provided for determining many different organic solvents.   Interferences are minimal and most can be eliminated by altering chromatographic conditions.   In addition, the analysis is accomplished using a rapid instrumental method.

One disadvantage of the method is that the amount of sample which can be obtained is limited by the amount of toluene which the tube will hold before overloading as indicated by toluene recovery at the outlet end of the tube.   Also, the precision is limited by the reproducibility of the pressure drop across the tubes, which affects the flowrate, thus causing the volume to be imprecisely measured.

(f)   Apparatus consists of:

(1)   An approved coal mine dust personal sampling pump or any vacuum pump whose flow can accurately be determined at 1 liter/minute or less for an area sample.

(2)   Charcoal tubes:  Glass tubes with both ends flame-sealed, 7 cm long with a 6-mm O.D. and a 4-mm I.D., containing 2 sections of 20/40 mesh activated charcoal separated by a 2-mm portion of urethane foam.  The adsorbing section contains 100 mg of  charcoal,

80

the backup section, 50 mg. A 3-mm portion of urethane foam is placed between the outlet end of the tube and backup section. A plug of glass wool is placed in front of the adsorbing section. The pressure drop across the tube must be less than 1 inch of mercury at a flowrate of 1 liter/minute. Tubes with the above specifications are commercially available.

        (3)    Gas chromatograph equipped with a flame ionization detector.

        (4)    Column (20 ft x 1/8 in) with 10% FFAP stationary phase on 80/100 mesh acid washed DMCS Chromosorb W solid support.

        (5)    A mechanical or electronic integrator or a recorder and some method for determining peak area.

        (6)    Small glass-stoppered test tubes or equivalent tubes.

        (7)    Syringes: 10 µl, and convenient sizes for preparation of standards.

    (g)    Reagents

        (1)    Spectroquality carbon disulfide.

        (2)    Toluene, preferably chromatoquality grade.

        (3)    Bureau of Mines Grade A helium.

        (4)    Prepurified hydrogen.

        (5)    Filtered compressed air.

    (h)    Procedure

        (1)    Cleaning of Equipment

All equipment used for the laboratory analysis should be washed in detergent followed by tap and distilled water rinses.

(2)    Collection and Shipping of Samples

Both ends of the charcoal tube are broken to provide openings of at least 2 mm (one-half the I.D. of the tube). The smaller section of charcoal in the tube is used as a backup section and is, therefore, placed nearest the sampling pump. Tubing may be used to connect the back of the tube to the pump, but the tubing shall not be placed on the front of the charcoal tube. Because of the high resistance of the charcoal tube, the sampling method places a heavy load on the personal sampling pump; therefore, it should not be assumed that the pump will run a full 8 hours without recharging the battery.

One or more charcoal tubes, serving as blanks, are treated in the same manner as the sample tubes (break, seal, ship) except that no air is drawn through them.

If bulk samples are submitted in addition to charcoal tubes, they are to be shipped in a separate container.

(3)    Analysis of Samples

(A)    Preparation

Each charcoal tube is scored with a file and broken open in front of the first section of charcoal. The glass wool is removed and discarded, the charcoal in the first (larger) section is transferred to a small stoppered test tube, the foam separating

82

section    is    removed    and    discarded,    and    the    second    section    is
transferred to another test tube.   The two charcoal sections are   then
analyzed separately.

(B)    Desorption

Prior   to   analysis, 0.5 ml of carbon disulfide is
pipetted into each test tube to desorb the toluene from the   charcoal.
Desorption  is  complete  in  30  minutes  if  the  sample  is stirred
occasionally.

EXTREME CAUTION MUST BE EXERCISED AT ALL TIMES WHEN
USING CARBON DISULFIDE BECAUSE OF ITS HIGH TOXICITY
AND FIRE AND EXPLOSION HAZARDS.  IT CAN BE
IGNITED BY HOT STEAM PIPES.  ALL WORK WITH CARBON
DISULFIDE MUST BE PERFORMED UNDER AN EXHAUST HOOD.

(C)    Gas chromatographic conditions

Typical    operating    conditions    for    a    gas
chromatograph are:

(i)   85 cc/min (70 psig) helium carrier gas flow.

(ii)  65 cc/min (24 psig) hydrogen gas flow to detector.

(iii) 500 cc/min (50 psig) airflow to detector.

(iv)  200 C injector temperature.

(v)   200 C manifold temperature (detector).

(vi)  90 C oven temperature isothermal.

(vii) Use either dual column differential operation or
uncompensated mode.

83

(D)     Injection

To eliminate difficulties arising from blowback or distillation within the syringe needle, the solvent flush injection technique is employed to inject the sample into the gas chromatograph. The 10-μl syringe is first flushed with solvent several times to wet the barrel and plunger, then 3 μl of solvent are drawn into the syringe to increase the accuracy and reproducibility of the injected sample volume. Next, the needle is removed from the solvent and the plunger is pulled back about 0.2 μl to separate the solvent flush from the sample with an air pocket to be used as a marker. The needle is then immersed in the sample and a 5 μl aliquot is withdrawn. Prior to injection in the gas chromatograph, the plunger is pulled back a short distance to minimize sample evaporation from the needle tip. Duplicate injections should be made of each sample and the standard. No more than a 3% difference should result in the peak areas that are recorded.

(E)     Measurement of area

The area of the sample peak is measured by an electronic integrator or some other suitable form of area measurement and preliminary sample results are read from a standard curve prepared as outlined below.

(i)     Standards Preparation and Desorption Efficiency

(1)     Preparation of Standards

84

It is convenient to prepare standards in terms of mg/ 0.5 ml of carbon disulfide because this is the quantity used for toluene desorption from the charcoal. To prepare a 0.3 mg/ 0.5 ml standard, 6.0 mg of toluene (converted to microliters for easy measurement) is injected into exactly 10 ml of carbon disulfide in a glass-stoppered flask. The excess quantity of toluene is used to minimize error due to carbon disulfide volatility. A series of standards is then prepared, varying in concentration over the desired range, and analyzed under the same gas chromatographic conditions and during the same time period as the unknown samples. Curves are established by plotting concentration vs average peak area.

(2)     Determination of Desorption Efficiency

The desorption efficiency is determined for each batch of charcoal being used. Activated charcoal, equivalent to the amount in the first section of the sampling tube (100 mg), is measured into a 2-in, 4-mm I.D. glass tube, flame-sealed at one end, and capped with a paraffin film or equivalent at the open end. A known volume of toluene, usually equivalent to that present in a 10-liter sample at a concentration equal to the Federal Standard, is injected directly into the activated charcoal with a microliter syringe and the tube again capped with more paraffin film. A minimum of 5 tubes are prepared in this manner and allowed to stand for at least 1 day to assure complete adsorption of the toluene onto the charcoal. These tubes are desorbed and analyzed in exactly the same manner as the sampling tubes.

85

The results of each analysis are compared to the standards to determine the average percentage (desorption efficiency) that is desorbed. The desorption efficiency is then used as a factor in all sample analyses. The desorption efficiency, determined in this manner, has been shown to be essentially the same as that obtained by analysis of a known amount of toluene vapor trapped on the charcoal and the determined value, therefore, is used because of its simplicity. Each laboratory should determine its own desorption efficiency. For comparison purposes, NIOSH determined a value of 96% for toluene on one batch of charcoal.

(j)   Calculations

(1)   Read the weight in milligrams corresponding to each peak area from the standard curve. No correction is necessary for the volume injected, since it is the same for both the sample determination and the standard curve.

(2)   The weight of toluene on the front section of the blank is subtracted from the weight determined for the front section of each sample; a similar procedure is followed for the backup sections. Amounts present on the front and backup sections of the same tube are then added together to determine the total amount detected in the sample. This total weight is then divided by the desorption efficiency to determine the corrected total number of milligrams in the sample. Milligrams are converted into ppm by volume in the air sampled by the following equation at 25 C and 760 mm Hg:

$$\text{ppm} = \frac{24{,}450 \text{ ml/mole} \times \text{mg/liter}}{\text{molecular wt}}$$

86

For a 10-liter air sample of toluene:

$$ppm = \frac{24{,}450 \text{ ml/mole} \times \text{mg in sample/10 liters}}{92.13 \text{ g/mole}}$$

ppm = 26.54 x mg in sample

87

VIII.   APPENDIX II

METHODS FOR DETERMINATION OF

EXPOSURE AREAS TO TOLUENE

## Estimation of Concentration with Detector Tubes

    (a)   Atmospheric Sampling

        (1)   Equipment Used

A typical sampling train consists of a detector tube with a corresponding sampling pump. A specific manufacturer's pump may only be used with his detector tubes.

        (2)   Sampling Procedures

A specific procedure depends on the manufacturer's instructions but normally consists of breaking both tips off a detector tube, inserting the tube into the pump, and taking a specific number of strokes with the pump.

        (3)   Handling and Shipping of Samples

Detector tubes are not stable with time; the stain in some tubes fades in a few minutes. The tubes should be read immediately in accordance with the manufacturer's instructions and charts; no attempt should be made to save the used tubes.

    (b)   General Principles

Gas detector tubes contain a chemically impregnated packing which indicates the concentration of a contaminant in the air by means of a chemically produced color change. The color changes are not

88

permanent or stable, so the stained tubes must be read immediately after the samples are taken. The length of stain or the color intensity is read according to the manufacturer's instructions. This may involve comparing the stain with a chart, a color comparator, or a direct concentration reading from calibration marks on the tube. Detailed descriptions are provided by individual manufacturer's instructions.

Tubes obtained from commercial sources which bear the certified seal of NIOSH are considered to adhere to the requirements as specified for Approval of Gas Detector Tube Units in 42 CFR Part 84 (37 F.R. 19643). A user may perform his own calibration on commercially acquired tubes by generating accurately known concentrations of toluene in air and correlating concentration with stain length or color intensity.

The use of detector tubes with their respective pumps for compliance purposes is inappropriate because sampling times are necessarily very brief; thus, an excessive number of sampling periods would be required to permit calculation of a time-weighted average. In addition, the accuracy of detector tubes is limited [see (e) below].

(c)   Range and Sensitivity

Certification standards require that certified tubes have a range from 1/2 to 5 times the time-weighted average concentration. The sensitivity varies with tube brands.

89

(d)     Interferences

Interferences   vary   with   tube   brands.   The   manufacturer's instructions must be consulted.

(e)     Accuracy

Certification   standards   under the provisions of 42 CFR Part 84 (37 FR 19643)   specify   reliability   to   within   ±25%   of   the   actual concentration   in   the   range 0.75 to 5 times the standard and ±35% in the range from 0.5 up to, but not including, 0.75 times the   standard.

(f)     Advantages and Disadvantages

Unlike   the charcoal tube method, the use of detector tubes (and portable instruments) is relatively inexpensive and   rapid;   there   is far   less   time   lag   than that experienced with laboratory analytical results.   Rapid detecting units are valuable for determining whether a hazardous   condition exists at a given location so that workers may be evacuated or   suitable   protective   devices   provided.   In   addition, industrial   operators and process engineers need inexpensive and rapid tools for day-to-day evaluation of the atmospheric levels   in   a   work area.

The   accuracy   of   detector   tubes is limited; at best they give only an indication of the contaminant   concentration.   In   evaluating measurements   performed with detector tubes, interferences, difficulty of end-point readings, and possible calibration inaccuracies must   all be considered.

<u>Measurement with Portable Instruments</u>

    (a)    Atmospheric Sampling

        (1)    Equipment Used

Two classifications of portable meters that are applicable to atmospheric sampling are direct reading instruments and analytical instruments. Combustible gas meters and flame ionization meters are portable, direct reading instruments; portable variable-path infrared analyzers and gas chromatographs are both field analytical instruments. Any of the 4 meters mentioned are acceptable for toluene determinations if they are properly calibrated before use.

        (2)    Sampling Procedures

The most important sampling step is the meter calibration. Careful calibration must be performed either in the laboratory prior to on-site use or in the field using a container of specific toluene concentration. If calibration charts are inaccurate, erroneous readings will be made.

The actual field sampling is conducted according to the manufacturer's instructions. Readings should be corrected if necessary for variables such as temperature, humidity, atmospheric pressure, etc, and recorded along with time, place, temperature, etc.

    (b)    General Principles

Analysis is dependent on the type of meter used. The portable direct reading meters require no analysis because they usually provide usable concentration readings directly. Results obtained from the

91

variable-path infrared analyzer and the gas chromatograph must be recorded, further analyzed, and compared with standards to obtain concentration values.

    (c)    Range and Sensitivity

The range and sensitivity vary with the instrument used; in general, the portable analysis meters are more sensitive than direct reading units.

    (d)    Interferences

Again, these vary with the instrument used. Water vapor or combustible gases interfere with toluene identification using combustible gas meters. Mixtures of any carbon-containing compounds, other than toluene, will interfere in flame ionization determinations.

    (e)    Advantages and Disadvantages

The benefits and drawbacks of portable instruments are essentially the same as for detector tubes discussed previously. Where recording capability is possible, direct reading instruments have the advantage of continuous record availability.

92

IX.  APPENDIX III

MATERIAL SAFETY DATA SHEET


The  following  items  of  information which are applicable to a specific product or material containing toluene shall be  provided  in the  appropriate section of the Material Safety Data Sheet or approved form.  If a specific item of information is inapplicable, the initials "n.a." (not applicable) should be inserted.

(a)   The  product designation in the upper left-hand corner of both front and back to facilitate  filing  and  retrieval.   Print  in upper case letters in as large a print as possible.

(b)   Section I.  Source and Nomenclature.

(1)   The  name,  address,  and  telephone number of the manufacturer or supplier of the product.

(2)   The  trade  name  and  synonyms  for  a mixture of chemicals, a basic structural material, or for a process material; and the  trade  name  and  synonyms,  chemical name and synonyms, chemical family, and formula for a single chemical.

(c)   Section II.  Hazardous Ingredients.

(1)   Chemical  or  widely recognized common name of all hazardous ingredients.

(2)   The  approximate  percentage  by  weight or volume (indicate basis) which each hazardous ingredient of the mixture  bears

93

to the whole mixture. This may be indicated as a range of maximum amount, ie, 10-20% by volume; 10% maximum by weight.

(3)   Basis for toxicity for each hazardous material such as established OSHA standard in appropriate units and/or LD50, showing amount and mode of exposure and species, or LC50 showing concentration and species.

(d)   Section III. Physical Data.

(1)   Physical properties of the total product including boiling point and melting point in degrees Fahrenheit; vapor pressure in millimeters of mercury; vapor density of gas or vapor (air=1); solubility in water, in parts/hundred parts of water by weight; specific gravity (water=1); volatility, indicate if by weight or volume, at 70 degrees Fahrenheit; evaporation rate for liquids (indicate whether butyl acetate or ether=1); and appearance and odor.

(e)   Section IV. Fire and Explosion Hazard Data.

(1)   Fire and explosion hazard data about a single chemical or a mixture of chemicals, including flash point, in degrees Fahrenheit; flammable limits in percentage by volume in air; suitable extinguishing media or agents; special fire fighting procedures; and unusual fire and explosion hazard information.

(f)   Section V. Health Hazard Data.

(1)   Toxic level for total compound or mixture, relevant symptoms of exposure, skin and eye irritation properties,

94

principal   routes   of   absorption,   effects   of   chronic   (long-term) exposure, and emergency and first aid procedures.

(g)      Section VI.  Reactivity Data.

(1)     Chemical   stability,   incompatibility,   hazardous decomposition products, and hazardous polymerization.

(h)      Section VII.  Spill or Leak Procedures.

(1)     Detailed   procedures   to be followed with emphasis on precautions to be   taken   in   cleaning   up   and   safe   disposal   of materials   leaked   or   spilled.   This   includes   proper   labeling and disposal of containers holding residues, contaminated absorbents, etc.

(i)      Section VIII.  Special Protection Information.

(1)     Requirements   for   personal   protective equipment, such as respirators, eye protection, clothing, and   ventilation,   such as   local exhaust (at site of product use or application), general, or other special types.

(j)      Section IX.  Special Precautions.

(1)     Any   other   general precautionary information such as   personal   protective   equipment   for   exposure   to   the   thermal decomposition   products   listed   in   Section   VI,   and to particulates formed by abrading a dry coating, such as by a power sanding disc.

(k)      The   signature   of the responsible person filling out the data sheet, his address, and the date on which it is filled out.

| PRODUCT DESIGNATION | MATERIAL SAFETY DATA SHEET |
|---|---|
| | Form Approved<br>Budget Bureau No.<br>Approval Expires<br>Form No. OSHA |

## SECTION I   SOURCE AND NOMENCLATURE

| MANUFACTURER'S NAME | EMERGENCY TELEPHONE NO. |
|---|---|
| ADDRESS (Number, Street, City, State, ZIP Code) | |
| TRADE NAME AND SYNONYMS | CHEMICAL FAMILY |
| CHEMICAL NAME AND SYNONYMS | FORMULA |

## SECTION II  HAZARDOUS INGREDIENTS

| BASIC MATERIAL | APPROXIMATE OR MAXIMUM % WT. OR VOL. | ESTABLISHED OSHA STANDARD | LD 50 | | | LC 50 |
|---|---|---|---|---|---|---|
| | | | ORAL | PERCUT. | SPECIES | CONC. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## SECTION III  PHYSICAL DATA

| BOILING POINT | °F. | VAPOR PRESSURE | mm Hg. |
|---|---|---|---|
| MELTING POINT | °F. | VAPOR DENSITY (Air=1) | |
| SPECIFIC GRAVITY (H$_2$0=1) | | EVAPORATION RATE (          =1) | |
| SOLUBILITY IN WATER | Pts/100 pts H$_2$O | VOLATILE          % Vol. | % Wt. |
| APPEARANCE AND ODOR | | | |

## SECTION IV  FIRE AND EXPLOSION HAZARD DATA

| FLASH POINT | FLAMMABLE (EXPLOSIVE) LIMITS | UPPER |
|---|---|---|
| METHOD USED | | LOWER |
| EXTINGUISHING MEDIA | | |
| SPECIAL FIRE FIGHTING PROCEDURES | | |
| UNUSUAL FIRE AND EXPLOSION HAZARDS | | |

96

| PRODUCT DESIGNATION | |
|---|---|

| SECTION V  HEALTH HAZARD DATA | |
|---|---|
| TOXIC LEVEL | CARCINOGENIC |
| PRINCIPAL ROUTES OF ABSORPTION | SKIN AND EYE IRRITATION |
| RELEVANT SYMPTOMS OF EXPOSURE | |
| EFFECTS OF CHRONIC EXPOSURE | |
| EMERGENCY AND FIRST AID PROCEDURES | |

| SECTION VI  REACTIVITY DATA |
|---|
| CONDITIONS CONTRIBUTING TO INSTABILITY |
| CONDITIONS CONTRIBUTING TO HAZARDOUS POLYMERIZATION |
| INCOMPATIBILITY (Materials to Avoid) |
| HAZARDOUS DECOMPOSITION PRODUCTS |

| SECTION VII  SPILL OR LEAK PROCEDURES |
|---|
| STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED |
| WASTE DISPOSAL METHOD |

| SECTION VIII  SPECIAL PROTECTION INFORMATION | |
|---|---|
| VENTILATION REQUIREMENTS LOCAL EXHAUST | PROTECTIVE EQUIPMENT (Specify Types) EYE |
| MECHANICAL (General) | GLOVES |
| SPECIAL | RESPIRATOR |
| OTHER PROTECTIVE EQUIPMENT | |

| SECTION IX  SPECIAL PRECAUTIONS |
|---|
| PRECAUTIONS TO BE TAKEN IN HANDLING AND STORAGE |
| OTHER PRECAUTIONS |

Signature                                             Address

Date

97

TABLE X-1

PHYSICAL PROPERTIES OF TOLUENE

| | |
|---|---|
| Molecular Formula | C6H5CH3 |
| Molecular Weight | 92.13 |
| Boiling Point | 110.6 C (231 F) |
| Melting Point (Freezing Point) | -95 C (-139 F) |
| Vapor Pressure at 25 C (77 F) | 28mm Hg |
| Specific Gravity (20 C/4 C) | 0.866 |
| Solubility | Insoluble in water; soluble in acetone; miscible with alcohol, ether, and benzene |
| Explosive Limits (by volume in air) | 1.27 – 7.0% |
| Flash Point (closed cup) | 4.4 C (40 F) |
| Autoignition temperature | 552 C (1026 F) |
| Vapor Density (relative to air) | 3.14 |

Derived from [1,2]

☆ U.S. GOVERNMENT PRINTING OFFICE: 1973— 758-512/2036

13.11023