American Journal of Industrial Medicine 27:555-564 (1995) DOCUNE-TDPI-SPENCER-013109

MC152

Moen 1995A

Exhibit 9

# Occupational Exposure of Deck Crews to Carcinogenic Agents on Crude Oil Tankers

**Bente E. Moen, Dr Med, Bjørg E. Hollund, MSc, Morten Berntsen, BSc, Ragnar Flo, BSc, Knut Rasmus Kyvik, MD, and Trond Riise, Dr PH**

Occupational exposure to carcinogenic agents on the decks on six Norwegian crude oil tankers was examined in five harbors. The purpose of the study was to evaluate the need for improving the working environment on deck on these tankers. Technical arrangements and the work itself on the deck were observed during loading or unloading. Occupational monitoring was performed by active sampling of benzene, polyaromatic hydrocarbons, and some aldehydes. The crew answered a questionnaire concerning their work, use of protective equipment, and occurrence of acute symptoms. The levels of air-borne carcinogenic agents were low, probably due to closed loading systems on all tankers. However, the seamen reported discomfort during the work that may be related to other chemical agents in the cargo. The seamen were frequently painting with lead chromate paint without using personal protective equipment. This type of chemical exposure should be evaluated.    © 1995 Wiley-Liss, Inc.

Key words: air monitoring, aldehydes, benzene, carcinogens, crude oil, deck crew, occupational exposure, tanker

## INTRODUCTION

Several studies of seamen demonstrate an increased risk of cancer [Baksaas et al., 1983; Greenberg, 1991; Nilsson and Horte, 1991; Rapiti et al., 1992], which seems to be higher among seamen who have been working on tankers [Moen et al., 1990]. It has been suggested that this might be caused by exposure to carcinogenic agents in the cargo. Occupational cancer has a long latency period from when the chemical exposure takes place to the occurrence of the actual disease. The health effects in the above noted epidemiological studies are therefore related to exposures in the working environment several years in the past. New official regulations concerning cargo work and technical improvement on tankers have probably resulted in a better working environment on these ships over the last few years. However, this assumed improvement has not been evaluated. The present study was performed to

Institute of Occupational Medicine (B.E.M., B.E.H., K.R.K., T.R.) and the Occupational Health Service (R.F.), University of Bergen, Bergen, Norway.
Kokstad Occupational Health Service (M.B.), Kokstad, Norway.
Address reprint requests to Bente E. Moen, Institute of Occupational Medicine, University of Bergen, Armauer Hansens Building, N-5021 Haukeland sykehus, Norway.
Accepted for publication March 8, 1994.

© 1995 Wiley-Liss, Inc.

COLOGNE-TDPI-SPENCER-013110

describe the exposure to carcinogenic agents on deck on Norwegian crude oil tankers today, in order to evaluate the need for further improvement of the working environment on such ships.

## MATERIAL AND METHODS
### Selection of Tankers

Crude oil tankers were chosen for the study. These tankers have a rather homogenous type of cargo, the different crude oils consisting mainly of the same type of components [IARC, 1989a]. A study of only this type of tankers makes it easier to evaluate the results than if tankers with different types of cargo were examined.

Two Norwegian harbors and a large American harbor area were chosen for the study. Date and time for examination of tankers in these harbors were chosen at random. The Norwegian harbors were contacted on these dates to find out whether any tankers were to arrive or not. In America, a slightly different procedure was followed. Among the busiest tanker harbors in the world, the Houston area was chosen for the examinations. The week in which the greatest number of arriving tankers were expected was chosen.The Houston area consists of several harbors. The agents in the area provided information about arriving Norwegian tankers.

The harbors chosen made it possible to evaluate the tankers both in temperate and tropical climates. This was of interest, as different working routines concerning the cargo were expected to be related to the climate.

On the chosen days, arriving tankers were examined unless the tanker had been previously examined during loading and unloading. The crew did not know about the examinations until just before the tanker arrived in the harbor.

The tankers were examined during loading and/or unloading as work during these working operations may cause chemical exposure of the deck crew [Ivergård et al., 1978; Gjörloff et al., 1982]. Other working operations that may cause chemical exposure on the deck may occur during the voyages, but examinations during long voyages were difficult due to limited resources.

### Observations

Technical arrangements concerning work with the cargo, such as ventilation of the tanks and cargo level monitoring systems, were recorded as well as the type of crude oil the tanker was loading/unloading. The work performed on the deck by the crew was observed, and also the use of personal protective equipment. The type of paint used on board was noted.

### Occupational Monitoring

Occupational monitoring was performed in at least three positions on each tanker: at the manifold, near the tank ventilation mast, and near the living quarters. The deck crew remain in these places for long periods during their work. On tankers unloading their cargo, the pump room was monitored since the crew spend some time in this room during unloading. In addition, personal air sampling of the deck crew on duty was performed. If a specific working operation with possible chemical exposure

was taking place, additional short-term monitoring of this special working operation was performed.

The standard procedure was sampling of benzene and polyaromatic hydrocarbon compounds (total PAH) on all tankers. These compounds were chosen as they are possible carcinogenic agents in all types of crude oil. PAH-compounds might be present both in the cargo and in inert gas, which is pumped into the tanks to reduce the risk of fire and explosions [Riksheim, 1976; ISGOTT, 1984]. The inert gas can be produced from the exhaust from the main engine or from minor engines or from a special inert gas system. The exhaust is cleaned of particles and watersoluble components before it is used in the tanks. Also, exhaust with PAH-compounds might arise from the engines on the tanker itself or from other engines in the surroundings. Several of the PAH-compounds are carcinogenic [IARC, 1989b]. Formaldehyde and acetaldehyde were monitored as well. These compounds are not classified as definite carcinogenic agents, but were sampled because of the existing suspicion concerning the possible carcinogenicity of these agents [IARC, 1987a].

The sampling period was restricted to 8 hours because of the battery capacity of the sampling pumps. During loading, the sampling period was started as close to the end of the loading process as possible, as the content of hydrocarbon compounds evaporating from the cargo is known to be highest at the end of the loading [CONCAWE, 1992].

Benzene was adsorbed to active charcoal tubes (SKC 226-01) by using low flow pumps. The flow rate was 100 ml/min. PAH-compounds were adsorbed to an acrylic copolymer filter (Versapor filter) and XAD-2 in series, to be able to collect PAH-compounds both in gaseous and particulate phases. High flow pumps were used for the sampling (2 l/min). The aldehydes were sampled on an adsorbent covered by 2,4/dinitrophenylhydrazine, Sep-Pak Cartridge [Millipore, 1990]; flow rate was 50 ml/min. For each test series of sampling, a blank was included.

The laboratories analyzing the samples were experienced and had established routines for the analyses in question. The laboratories participated in intercalibration control and/or had documented internal quality control. Benzene was analyzed by gas chromatography (GC)—detection limit 0.01 ppm, 8-hour sampling [NIOSH, 1977]. The PAH-compounds were analyzed by gas-solid-mass-spectroscopia (GS/MS)—detection limit 0.005 microgram/m$^3$ [Björseth, 1983]. The aldehydes were analyzed by high pressure liquid chromatography (HPLC), the detection limit was 0.002 ppm (8-hour sampling) for formaldehyde and 0.01 ppm (8-hour sampling) for acetaldehyde [Barone and Walter, 1991].

## Questionnaire

All crew members working on deck on each tanker were given a questionnaire, which was answered anonymously. The questionnaire was in Norwegian and in English, as the seamen on Norwegian tankers are of different nationalities. Only seamen who know Norwegian or English are employed on Norwegian ships.

The questionnaire contained questions about the type of work the seamen performed, their use of personal protective equipment, the smell of gas on the deck, and the occurrence of acute irritative symptoms from eyes and upper airways and symptoms from the central nervous system (headache, vertigo, nausea and euphoria).

COLOGNE-TDPI-SPENCER-013112

558        Moen et al.

**TABLE I. Norwegian Crude Oil Tankers Examined in a Study of Exposure to Deck Crew**

| Ship no. | Built | Size | Harbor | Working operation | Crude oil | Weather |
|---|---|---|---|---|---|---|
| 1 | 1988 | 135.000 brt | Mongstad, Norway | Unloading | From Gullfaks, North Sea | 7°C, breeze |
| 2 | 1981 | 67.000 dwt | Houston Ship Channel, Houston, TX | Unloading | Zaire composite | 32°C, no wind |
| 3 | 1980 | 94.000 dwt | Capline, MS | Unloading | Maya crude | 32°C, no wind |
| 4A | 1984 | 94.000 dwt | Baytown, Houston, TX | Unloading | Arabian medium | 32°C, wind 5–10 knot |
| 4B | 1984 | 94.000 dwt | Ship trans shipment off Galveston, TX Mexico Gulf | Loading | Arabian medium and light | 26°C, wind 15 knot |
| 5 | 1976 | 315.000 dwt | Ship trans shipment off Galveston, TX Mexico Gulf | Unloading | Arabian medium and light | 25°C, wind 15 knot |
| 6 | 1986 | 124.000 dwt | Sture, Norway | Loading | From Oseberg, North Sea | 15°C, fresh breeze |

## RESULTS

Six Norwegian crude oil tankers were examined (Table I), one during loading, one both during loading and unloading, and four during unloading. One tanker in an American harbor—a supertanker built in 1989—refused to participate in the study.

The two crude oil tankers examined in the Norwegian harbors were loading and/or unloading every or every second week, as they carried oil from the North Sea oil installations to Norway. Three of the tankers examined in the Houston area were loading or unloading 1–2 times a month. The fourth tanker in the Houston area was loading or unloading every or every second week. This tanker loaded oil from supertankers. Due to the size and deep draught of the supertankers, they are often restricted from arriving at the terminal ports. They may instead unload the cargo into smaller tankers like the one mentioned here, in open water near refineries.

### Observations on Board

The work on deck consisted of the connection and disconnection of hoses and lines from land to the manifold and surveillance of the loading/unloading on deck. This work was performed by the able seamen or the pumpmen. The pumpmen also inspected the pump rooms. These persons stayed out on the deck most of the time. The loading/unloading was also monitored from a control room, where 1–2 mates were located most of the time.

All crude oil tankers except one had an automatic cargo level indication system, operated from a control room. One tanker had a portable manual cargo level indication system in addition to this (Marine Moisture Control = MMC). The opening used for this system was < 25 mm, in accordance with the international rules. The use of

COLOGNE-TDPI-SPENCER-013113

MMC was performed by a mate on one tanker. On one tanker, oxygen measurements in the tanks were performed through the same opening.

Lack of precision of the automatic level indication systems on one tanker led the seamen to use manual level indication systems in addition. Manual cargo level indication with a metal stick fastened to a rope was performed by different members of the crew; able seamen, mates, and a trainee. Respiratory protective equipment was not used during this procedure. Actually, this type of equipment was not used on any tanker during any type of work. Direct skin contact with the crude oil was not observed during our stay on board. No spill or leakage of oil was observed. The seamen mostly wore textile gloves.

All the ships had closed loading systems, ventilating the gas from the tanks to one or more ventilation stacks. The international rules concerning the distance between the ventilation stacks and the living quarters (or engine room) of at least 10 m were complied with on all tankers. Also, the rule concerning a minimum height of 2 m from deck to the top of the ventilation mast was followed.

Inert gas was used on all the crude oil tankers and was produced from exhaust.

On all tankers, paint containing lead chromate was found and was regularly used.

On the two tankers loading crude oil, a sulfur-like smell was observed. The smell was first noticed some time after the loading was started.

## Occupational Monitoring

The stationary samples showed low levels of benzene, PAH-compounds, and aldehydes (Table II). In several of the samples, these components were barely detected. Most of the personal samples on crude oil tankers showed low levels of the measured agents as well (Table III). Only one ship (no. 6) differed from the others with higher levels of benzene and PAH-compounds. No special events were observed on this tanker.

## Questionnaire

Seventy seamen answered the questionnaire. No one refused to answer. Twenty-two questionnaires were mailed to us after visiting the ships.

The validity of the questionnaire was tested. The answers to questions describing the work performed during our visit on board corresponded to the observations made. Norwegian and English questionnaires had the same quality.

The work performed during the whole last sailing period, which might have given exposure to the cargo, is illustrated in Table IV. There seems to be a low frequency of this type of work on crude oil tankers. However, 78% of the deck crew had been painting during the last sailing period. The mean time spent performing such work was 20 hours each week. Of the seamen who had been painting, only 9% had used respiratory protective equipment, and these persons had only used the equipment 1/3 of the time.

Table V summarizes the use of personal protective equipment among the seamen who had performed working operations that might have given chemical exposure. Only 3 of 46 seamen had used personal respiratory protective equipment.

Eighteen persons reported to have experienced a strong smell of gas on the deck during the monitoring period. Of these seamen, 83% reported occurrence of at least one central nervous system symptom, and 84% reported occurrence of acute irritative

**TABLE II. Results From Stationary Monitoring on Crude Oil Tankers**

| Ship. no | Monitoring period (hours) | Benzene (ppm) | Total PAH ($\mu g/m^3$) | Acetaldehyde (ppm) | Formaldehyde (ppm) |
|---|---|---|---|---|---|
| 1 | 5.5 | ND | ND | NA | NA |
| 2 | 8 | ND | ND | Pumproom: 0.02 | Max. 0.02 in pumproom |
| 3 | 8 | ND | ND | All samples: 0.01 | ND |
| 4A | 8 | Near living quarters: 0.01; pumproom: 0.01 | ND | Pumproom: 0.01 | At manifold and in pumproom: 0.008 |
| 4B | 8 | At manifold 0.01, 0.02; near ventilation mast: 0.11 | Near ventilation mast: 0.11 | ND | ND |
| 5 | 8 | ND | ND | ND | ND |
| 6 | 8 | Near living quarters: 0.09 and 0.14 | At manifold: 0.20 | ND | ND |
| Norwegian TLV[a] | | 1 ppm | 40 $\mu g/m^3$ | 25 ppm | 0.5 ppm |

[a]Norwegian occupational standard.
NA = not analyzed.
ND = not detected.

symptoms from eyes and/or upper airways. The relationship between having experienced smell of gas and occurrence of acute central nervous system symptoms was significant (Fisher's exact test, $p = 0.007$). The relationship between having experienced smell of gas and occurrence of acute irritative symptoms was significant as well (Fisher's exact test, $p = 0.004$).

## DISCUSSION

The deck crew on crude oil tankers are exposed to low levels of the monitored carcinogenic agents during loading and unloading. The measurements demonstrate quite uniform results. Also, the frequency of this type of work is rather low on several of the tankers. However, only work during loading and unloading was monitored. The deck crew reported that they were painting ∼ 20 hours per week, mostly without using personal protective respiratory equipment. All the tankers used paint containing lead chromate. Lead chromate is classified in IARC group I [IARC, 1987c]. This type of chemical exposure may be of importance concerning the development of occupational cancer and ought to be evaluated further.

The tankers were examined on randomly selected days; the choice of examination days was not biased. Although one tanker refused to participate in the study, there is no reason to believe that an examination of this ship would have changed the total result.

The examinations were performed in harbors of rather high quality. This may have influenced the results; the exposure levels may be higher in other harbors with

anto cr header
Case 2:12-cv-00735-EEF-DEK   Document 148-11   Filed 12/20/13   Page 7 of 24
COLOGNE-TDPI-SPENCER-013115
Exposure to Carcinogens on Crude Oil Tankers                561

**TABLE III. Results From Personal Airborne Monitoring on Crude Oil Tankers**

| Ship. no | Monitoring period (hours) | Benzene (ppm) | Total PAH ($\mu g/m^3$) |
|---|---|---|---|
| 1 | 5.5 | ND | ND |
| 2 | 8 | Pumpman: 0.02 | ND |
| 3 | 8 | ND | NA |
| 4A | 8 | Work on deck: ND<br>$O_2$-measurement: 0.04;<br>Cargo level indication<br>(MMC): 0.09 | NA |
| 4B | 8 | Work on deck:<br>0.01<br>0.04<br>0.04 | ND |
| 5 | 8 | Manual cargo level indication:<br>0.02<br>0.03<br>0.01 | ND |
| 6 | 4 | Work on deck:<br>0.05<br>0.47 | Work on deck:<br>0.40 and 1.30 |
| Norwegian TLV[a] | | 1 ppm | 40 $\mu g/m^3$ |

[a]Norwegian occupational standard.
NA = not analyzed.
ND = not detected.

leakages and spill ashore. Also, it is possible that tankers of lower quality do not enter the harbors chosen for the present study. However, as harbors with the highest number of arriving Norwegian tankers in the world were chosen, the study is representative for a large part of the Norwegian tanker fleet. Comparing work on deck in temperate and tropical climates, there was no differences between exposure levels or organization of the work. The wind did not seem to influence the results from the personal monitoring in this study. Low exposure levels were found both with and without wind present.

In this study, just a few carcinogenic agents were sampled. It is possible that not all carcinogenic agents present were monitored, but the most relevant components were chosen.

The examinations were performed in a standardized way on all tankers. Standardized and known methods were used for the sampling. All laboratories participating in this study were experienced concerning the analyses performed and demonstrated high quality of their work.

The possibility of misinterpretation of the questions in the questionnaire was present, as different nationalities were represented on the tankers. However, there was no such indication. The seamen may have influenced each others' answers, and there was also a possibility for influence from the captain concerning the answers. However, the questionnaire responses were anonymous, making the answers more reliable than if names had been entered.

562     Moen et al.

TABLE IV. Description of Work on Crude Oil Tankers That May Give Exposure to the Cargo*

| Task performed that may give exposure to the cargo | No. of individuals who had performed this type of work at least once | Mean number of times per week of total group | Mean number of times per week among those who had performed the work at least once | Maximum number performed per week |
|---|---|---|---|---|
| Manual measurements of cargo[a] | 22 | 1.2 | 2 | 10 |
| Temperature measurements of the cargo[a] | 21 | 1 | 3 | 10 |
| Repairs due to leakages | 18 | 0 | 1 | 3 |
| Cleaning of tanks using washing equipment | 19 | 1 | 3 | 21 |
| Manual cleaning of tanks | 17 | 0 | 0 | 1 |

*Description given for the work task performed during the last sailing period (n = 70).
[a]Performed by opening the tanks.

TABLE V. Frequency of Use of Personal Protective Equipment During Manual and Temperature Measurements of Cargo and Cleaning of Tanks*

| Personal protective equipment | Never | Occasionally | Frequently | Always | N = |
|---|---|---|---|---|---|
| Plastic or rubber gloves | 6 | 34 | 3 | 3 | 46 |
| Air line full face mask | 45 | 1 | 0 | 0 | 46 |
| Gas filter mask | 43 | 3 | 0 | 0 | 46 |

*Only the 46 persons who performed this work answered these questions.

There are no previously published Norwegian studies of exposure to carcinogenic agents on crude oil tankers. There are two studies of chemical exposure on chemical tankers, one from 1974/1975 [Mowe et al., 1977] and one from 1984 [Efskind et al., 1984]. These two studies are partly relevant, as they are describing working operations on deck resembling the working operations on crude oil tankers. However, the cargo and type of exposure are not comparable to the cargo and exposure on crude oil tankers.

Occupational monitoring has also been performed on tankers in Sofia, demonstrating exposure to benzene during work on the deck [Kirjakov et al., 1966]. However, this study does not give details concerning the work on board or the monitoring.

In 1982, Gjörloff et al. [1982] performed a study of loading on 12 Swedish product tankers. However, the tankers carried different petroleum products and not crude oil. This is also the case concerning an American study that describes the chemical exposure on the deck on product tankers [Astleford et al., 1982]. However, the type of work on deck in both these studies is similar to the work on deck on the crude oil tankers.

In 1976, occupational monitoring was performed on a Swedish crude oil tanker [Ivergaard et al., 1978]. The exposure on deck showed levels of benzene from 0.9 ppm to 90 ppm during ventilation and inspection of the tanks. Unfortunately, the monitoring was not described in detail. This crude oil tanker had pressure vacuum valves.

The present study is in accord with the previous ones, demonstrating the occurrence of similar types of work on deck. As very few monitoring results are available from previous studies, it is very difficult to evaluate the exposure level. However, the present study clearly shows lower levels of benzene than the Swedish study from 1976. It is likely that the closed ventilation systems on Norwegian tankers today are responsible for the low exposure levels found.

Although the exposure levels of the carcinogenic agents are low on the tankers, some of the deck crew complain about occurrence of acute irritative and central nervous system symptoms related to the smell of gas on the deck. It is very likely that other chemical agents than the ones monitored are responsible for the symptoms. Possible agents causing such discomfort may be hydrogen sulfide or other sulfur compounds [IARC, 1989a].

## CONCLUSIONS

Low levels of the monitored agents benzene, PAH-compounds, and aldehydes were found during loading and unloading of crude oil on tankers. This is probably due to the closed loading systems found on all the examined tankers.

However, some of the crew reported irritative and central nervous system symptoms related to smell of gas on the deck. This discomfort is probably due to other chemical agents than the ones monitored. The subject ought to be evaluated further.

The deck crew reported painting work ~ 20 hours per week, mostly without using personal respiratory protection equipment. All the tankers used paint with lead chromate, a carcinogenic agent. Further information about this issue is needed.

## ACKNOWLEDGMENTS

This study was performed by support from the Norwegian Shipowner's Association, the Norwegian Petroleum Institute, the Norwegian Mates' Association, and the Council for Labour Supervision on Norwegian Ships. Sincere thanks are also expressed to the Insurance Company Vesta, Statoil Norway, the Department of Occupational Medicine, Haukeland Hospital, the Labour Inspection in Bergen, and to these laboratories: the Center of Industrial Research, National Institute of Occupational Health, and the Labour Inspection in Kristiansand. The work was performed at the Institute of Occupational Medicine, University of Bergen, Armauer Hansens Building, N-5021 Haukeland sykehus, Norway.

## REFERENCES

Astleford WJ, Bass RL, Buckingham JC, Magott RJ (1982): A crew exposure study. Phase I. At sea. Southwest Research Institute. Report No CG-D-22-82, vol 3, San Antonio, TX.

Baksaas I, Lund E, Skjerven JE, Langaard S, Vellar OD, Aarø LE (1983): Kreft blant sjømenn (in Norwegian). Tidsskr Nor Lægeforen; 103:2317–2320.

Barone JP, Walter TH (1991): Sep-Pak DNPH-Silica cartridges for the analysis of formaldehyde (and other aldehydes) in air. In: Brown RH, Curtis M, Saunders KJ, Vandendriessche S (eds): "Proceedings for Clean Air at Work," Symposium (1991). Luxemburg, pp 162–168.

Björseth O (ed) (1983): "Handbook of Polycyclic Aromatic Hydrocarbons." New York: Marcel Dekker.

CONCAWE (1992): VOC emissions from the loading of gasoline into ships and barges in EC/12: Control technology and cost-effectiveness. Report no. 92/52, Brussels.

*Ann. occup. Hyg.*, Vol. 39, No. 3, pp. 347–361, 1995
Copyright © 1995 British Occupational Hygiene Society
Printed in Great Britain. All rights reserved
0003–4878/95 $9.50+0.00

Case 2:12-cv-00735-EEF-DEK   Document 148-11   Filed 15/20/13   Page 10 of 34

Moen 1995B

Elsevier Science Ltd

MONSANTO-01-SPENCER-013118

MO148

0003–4878(95)00005–4

# EXPOSURE OF THE DECK CREW TO CARCINOGENIC AGENTS ON OIL PRODUCT TANKERS

Bente E. Moen,*† Bjørg E. Hollund,* Morten Berntsen,‡ Ragnar Flo,§ Knut Rasmus Kyvik* and Trond Riise*

*Institute of Occupational Medicine, University of Bergen, Armauer Hansens Building, Haukeland Hospital, N-5021 Bergen, Norway; ‡Kokstad Occupational Health Service, P.O. Box 50, N-5061 Kokstad, Norway; and §The Occupational Health Service, University of Bergen, N-5020 Bergen, Norway

(*Received in final form* 11 *January* 1995)

**Abstract**—Work on deck on eight oil product tankers was examined. The purpose was to evaluate the need for improvement of the working environment to reduce the risk of occupational cancer. Benzene, polyaromatic hydrocarbons (PAHs) and organic lead compounds were sampled, and the crew answered a questionnaire on acute health effects. By area monitoring, benzene was generally found to be in the range from the detection limit, of 0.01 ppm, up to 1.15 ppm, but one tanker which loaded gasoline with the hatches open had levels up to 55 ppm. Personal monitoring showed exposure levels in the range 0.01–1.15 ppm. The PAH-levels and the levels of organic lead were low. No seamen were observed using respiratory protective equipment. Central nervous system symptoms were reported by the crew with the highest exposures to benzene although benzene may not be the only cause. The exposure to benzene and other hydrocarbons on the deck of oil product tankers ought to be reduced.

## INTRODUCTION

Several studies of seamen demonstrate an increased risk of cancer within this occupational group (Baksaas *et al.*, 1983; Kelman and Kavaler, 1990; Nilsson and Hörte, 1991; Rapiti *et al.*, 1992; Greenberg, 1991; Morabia *et al.*, 1992; Brandt *et al.*, 1994). The increased risk has been demonstrated for several cancer types, but mostly for lung cancer. Smoking is probably a major causative agent for lung cancer among seamen, but some papers state that smoking alone cannot explain the increased risk. Other causative agents, such as exposure to chemical agents on board, have been suggested (Baksaas *et al.*, 1983; Greenberg, 1991). It has been demonstrated that the risk of cancer is especially high among seamen who have been working on tankers (Moen *et al.*, 1990). This cancer risk was particularly increased for lung cancer and urogenital cancer, although there was an increased risk for other cancer types as well. This observation has been related to carcinogenic agents in the cargo. Although benzene is present in several types of cargo on tankers, this paper does not discuss the risk of leukaemia as the number of cases of leukaemia cited in this reference was low. However, an increased risk of leukaemia among seamen who have been working on tankers has been demonstrated in a Swedish study (Nilsson *et al.*, 1994).

Occupational cancer may have a long latency period from the time of chemical exposure to the occurrence of the actual disease, and epidemiological studies concerning this question illustrates health effects from the working environment

---

†Author to whom correspondence should be addressed.

Case 2:12-cv-00735-EEF-DEK   Document 148-11   Filed 12/20/13   Page 11 of 34

COLOGNE-TDMI-SPENCER-013119



Fig. 1. Positions for area monitoring on oil product tankers (A = near the living quarters; B = at the manifold; and C = at the bank ventilation mast).

several years back in time. New national and international regulations concerning work with the cargo and technical improvement on tankers have probably resulted in a better working environment on tankers during recent years. However, such improvement of the working environment has not yet been confirmed in any published study. The present study has been performed to describe the exposure to carcinogenic agents on the deck of Norwegian oil product tankers today. The purpose of the investigation is to evaluate the need for further improvements in the working environment on tankers with a view to reducing the risk of developing occupational-related cancer.

## MATERIALS AND METHODS

### Selection of tankers

Three Norwegian harbours were chosen for the studies; the largest harbour for tankers in Norway and two smaller ones in the same geographical area. Visiting oil product tankers were examined during loading and/or unloading, as work during these operations may cause exposure of the deck crew to chemical agents. Other types of work on deck, for example painting, do not necessarily take place in the harbours but may cause chemical exposure as well. For this study, only the harbours were chosen as the site for the examinations, since occupational hygiene surveys during long sea voyages would have required far more resources than those available.

Days for the examinations of tankers in the harbours were chosen at random. On these days the arriving tankers were examined, unless the tanker had been examined before during both loading and unloading the cargo. The crew was informed about the examinations shortly before the tanker arrived in the harbour.

### Observations during loading/unloading

Technical arrangements concerning work with the cargo, such as ventilation of the tanks and cargo level indication systems were recorded, as well as the type of cargo being handled. The work performed on deck by the crew was observed, and also their use of personal protective equipment.

### Area monitoring and personal air sampling

Area monitoring was carried out at a minimum of three positions on each tanker. These were at the manifold—where hoses or pipes from land is connected to the pipes leading the cargo to the tanks on board, near the tank ventilation mast and near the living quarters (Fig. 1). The deck crew stay at these places for long periods during their

Case 2:12-cv-00735-EEF-DEK    Document 148-11    Filed 12/20/13    Page 12 of 24    COLONE-TOMI SPENCER-013120

work. On very small tankers, the positions varied, due to the small size of the deck. The positions are described in Tables 2 and 3.

Personal air sampling of the deck crew on duty was performed. When a specific working operation with possible chemical exposure was taking place, additional short-term personal sampling was carried out. Since the examinations were performed on tankers arriving on randomly selected days, it was not possible to plan any individual type of monitoring for each tanker. A standard procedure concerning the examinations was therefore performed by sampling benzene and polycyclic aromatic hydrocarbon compounds (total PAHs in the gasous and particulate phase) on all tankers. These compounds were chosen because some of them are possible carcinogenic agents and can be present in several types of petroleum products often carried by oil product tankers, such as gasoline (IARC, 1989b, pp. 159–202), diesel fuels (IARC, 1989b, pp. 219–238), fuels oils (IARC, 1989b, pp. 239–270) and jet fuel (IARC, 1989b, pp. 203–218). PAH-compounds might be present both in the cargo and in exhaust gas and fume from combustion engines on the deck (IARC, 1989a). The exhaust gases and fumes may arise from the engines of the tanker itself or from other engines in the surrounding area. Several of the PAH-compounds are carcinogenic (IARC, 1989a,b). On tankers loading or unloading leaded gasoline, organic lead compounds (tetraethyllead and tetramethyllead) were monitored as well. Organic lead compounds are not classified as definite carcinogenic agents, but were sampled because of the existing suspicion concerning the possible carcinogenicity of these agents (IARC, 1987).

The period of sampling differed according to the period of loading or unloading. The sampling period was restricted to 8 h because of the batteries in the sampling pumps. On small tankers, where the working operations lasted less than 8 h, the sampling period was made as long as possible. The working procedure of line connection was included in all sampling periods, but disconnection was not.

Benzene and organic lead compounds were adsorbed on to activated charcoal tubes (SKC 226-01) by using low flow pumps. The flow rate was 100 ml min$^{-1}$ for benzene, and 50 ml min$^{-1}$ for organic lead. PAH-compounds were collected on an acrylic copolymer filter (Versapor filter) with a back-up tube of XAD-2 to be able to collect both particles and vapours. Medium flow pumps maintained at a flow rate of 2 l. min$^{-1}$ were used for the sampling.

The laboratories analysing the samples were experienced and had established routines for the analyses in question. The laboratories participated in inter-laboratory calibration control programmes and/or had documented internal quality control systems. Benzene was analysed by gas chromatography (NIOSH, 1977) and the detection limit was 0.01 ppm (sample volume 10 l.). The PAH-compounds were analysed by gas–solid mass spectroscopy (GS-MS) and the detection limit was 0.005 $\mu$g m$^{-3}$ (sample volume 1 m$^3$) (Bjørseth, 1983). Organic lead compounds were analysed by atomic absorption spectroscopy (Røyseth and Thomassen, 1986) and the detection limit was 0.5 $\mu$g m$^{-3}$ (sample volume 1 m$^3$).

*Questionnaire*

A questionnaire was constructed for this study and delivered to the crew working on deck. It was answered anonymously. Since only seamen who know Norwegian or English are employed on Norwegian ships, the questionnaire was written in

Case 2:12-cv-00735-EEF-DEK   Document 148-11   Filed 12/20/13   Page 13 of 24

COLOGNE-TBP-SPENCER-013121

Norwegian and English. When the questionnaire was handed out to the seamen, they were informed about the study, and it was checked out that they could read and understand the questions. The seamen were invited to ask for more information if they did not understand the questions.

The questionnaire was divided in two parts. The first part contained questions about working procedures, use of personal protective equipment and occurrence of acute symptoms from the nervous system, from the skin and from the upper airways during the survey period. The second part consisted of the similar questions, but concerned the last sailing period.

## RESULTS

Eight Norwegian product tankers were examined (Table 1), seven during loading and one during both loading and unloading. Five of these tankers were travelling only on the Norwegian coast. The other three travelled both on the Norwegian coastal line and to other parts of Europe. The coastal tankers were loading and/or unloading every day or every other day. The other tankers were loading or unloading once or twice a week.

*Observations during loading/unloading*

The work on deck consisted mainly of the connection and disconnection of hoses and lines to the manifold, surveillance of the work on deck and monitoring the cargo level. This work was mostly performed by an able seaman and a mate. On all tankers one–two persons (able seamen or mates) worked on the deck most of the time and one–two persons (able seamen or mates) stayed in the control room. On one of the smallest tankers the captain participated in work on deck as well, and on another tanker the chief engineer participated in this work.

The product tankers had different tank ventilation system (Table 1). Two ships loaded with the hatches open, using visual cargo level inspection. Five product tankers had an automatic cargo level indication system, operated from a control room. However, on two of these tankers manual cargo level indication was performed by opening the hatches and lowering down a dip-stick.

A procedure called 'test of water' was observed on one tanker. This procedure was performed by a mate. After the tank was filled, a weight covered with a paste on the end was lowered down into the tank, if there was water in the tank the paste changed colour.

Minor leakages were observed on four tankers. Two tankers had a small leakage at the manifold, lasting about 30 min. One tanker (No.3) had a small leakage of gasoline from pipes on the deck near the living quarters during the whole loading period. One tanker (No. 7B) had a leakage of leaded gasoline on board just before the tanker arrived in the harbour.

No use of respiratory protection equipment was observed during any type of work on the deck or in the pump rooms.

*Levels of exposure*

The samples from the area monitoring showed variable levels in the atmospheres. In general benzene levels were from less than the detection limit to 1.09 ppm (Table 2).

Table 1. Description of the examined product tankers, the working operation and weather during the examination

| Ship No. | Travelling routes | Building year | Size | Harbour | Working operation | Cargo | Tank ventilation system | Weather |
|---|---|---|---|---|---|---|---|---|
| 1 | Mostly on the Norwegian coast, but sometimes European voyages | 1968 | 9.762 brutto tons | Mongstad | Loading | Leaded gasoline, naphta, jet fuel | Pressure vacuum valves | 12°C, nearly no wind |
| 2 | On the Norwegian coast | 1981 | 1.199 brutto tons | Mongstad | Loading | Leaded gasoline, gasoline, gas-oil | Pressure vacuum valves | 12°C, nearly no wind |
| 3 | On the Norwegian coast | 1969 | 274 brutto tons | Mongstad | Loading | Leaded gasoline, gasoline | One ventilation stack, with emission 4 m above deck | 15°C, gale |
| 4 | Mostly on the Norwegian coast, but sometimes European voyages | 1989 | 14.900 brutto tons | Mongstad | Loading | Naphta | Two ventilation masts, emission 8 m above deck | 16°C, breeze |
| 5 | On the Norwegian coast | 1990 | 1.950 dead weight tons | Tananger Sola | Loading | Jet fuel, gas-oil | Pressure vacuum valves | 16°C, breeze |
| 6 | Mostly on the Norwegian coast, but sometimes European voyages | 1955 | 199 brutto tons | Tananger Sola | Loading | Gas-oil | Loading with the hatches open | 15°C, no wind |
| 7A | On the Norwegian coast | 1970 | 1.366 brutto tons | Tananger Sola | Loading | Leaded gasoline, gasoline, gas-oil | Pressure vacuum valves | 18°C, nearly no wind |
| 7B | On the Norwegian coast | 1970 | 1.366 brutto tons | Eidsvåg Bergen | Unloading | Leaded gasoline, gasoline, gas-oil | Pressure vacuum valves | 10°C, nearly no wind |
| 8 | On the Norwegian coast | 1951 | 99 brutto tons | Tananger Sola | Loading | Gasoline | Loading with the hatches open | 14°C, nearly no wind |

B. E. Moen et al.

COLOGNE-TDI-SPENCER-013123

Table 2. Results from area monitoring on oil product tankers

| Ship no. | Location | Benzene | | Total PAH | | Lead | |
|---|---|---|---|---|---|---|---|
| | | Exposure level (ppm) | Exposure time (min) | Exposure level ($\mu g\ min^{-1}$) | Exposure time (min) | Exposure level ($\mu g\ min^{-3}$) | Exposure time (min) |
| 1 | At manifold | 0.05 | (270) | <0.005 | (270) | <0.5 | (270) |
| | At mast | 0.34 | (275) | 0.2 | (225) | <0.5 | (275) |
| | Near living quarter | <0.01 | (283) | 0.3 | (283) | <0.5 | (283) |
| 2 | At manifold | 0.01 | (155) | 0.6 | (147) | <0.5 | (167) |
| | At mast | 0.09 | (160) | 0.6 | (160) | <0.5 | (180) |
| | Near living quarter | 0.1 | (193) | 0.4 | (193) | <0.5 | (193) |
| 3 | At manifold | 0.41 | (92) | 0.7 | (92) | <0.5 | (92) |
| | At manifold | 0.38 | (95) | <0.005 | (95) | <0.5 | (95) |
| | At mast | 0.28 | (107) | 2.3 | (112) | <0.5 | (107) |
| 4 | At manifold | 0.02 | (225) | <0.005 | (225) | Not monitored | |
| | At mast | 0.01 | (230) | <0.005 | (230) | | |
| | Near living quarter | 0.02 | (295) | <0.005 | (295) | | |
| 5 | At manifold | <0.01 | (85) | 0.6 | (85) | Not monitored | |
| | At mast | 0.01 | (90) | 12.5 | (95) | | |
| | Near living quarter | 0.01 | (200) | 0.6 | (205) | | |
| | Between living quarter and manifold | 0.01 | (208) | <0.005 | (208) | | |
| 6 | On deck, near the tank openings | 0.05 | (23) | 3.0 | (31) | Not monitored | |
| | | 0.05 | (30) | 3.0 | (47) | | |
| | | 0.05 | (44) | | | | |
| 7A | Near mast | <0.01 | (35) | | | <0.5 | (40) |
| | Near living quarter | <0.01 | (38) | 52.0 | (46) | <0.5 | (50) |
| | Between living quarter and mast | <0.01 | (44) | | | | |
| | Between living quarters and mast | <0.01 | (47) | | | | |
| 7B | At manifold | 0.01 | (145) | <0.005 | (160) | | |
| | In pumproom | 0.04 | (110) | | | | |
| | Between living quarter and mast | 0.09 | (160) | 0.07 | (186) | 0.5 | (170) |
| | Near recent leakage on the deck | 1.09 | (74) | 2.0 | (74) | 4.8 | (74) |
| 8 | Near living quarter | 7.5 | (37) | 29.0 | (37) | Not monitored | |
| | Near tank openings | 6.0 | (38) | 3.0 | (38) | | |
| | | 49.2 | (41) | | | | |
| | | 55.2 | (44) | | | | |
| | | 0.81 | (38) | | | | |

One tanker (No. 8) had very high levels of benzene on the deck, as much as 55 ppm. With a few exceptions, low levels of PAH-compounds were found. Organic lead was detected on only one tanker. This tanker had recently had a leakage of leaded gasoline.

The samples from the personal monitoring showed varying levels of benzene exposure; less than the detection limit of 0.01 up to 1.15 ppm (Table 3). The levels of benzene were somewhat higher than in the area samples. On ship No. 8, where very high area levels of benzene were demonstrated, no personal samples were obtained due to technical problems. In general, low levels of PAH-compounds were found in the personal samples. One sample showed a level of 288 $\mu g\ m^{-3}$. This person might have been exposed to exhaust fumes, but there are uncertainties concerning this. No exposure to organic lead was demonstrated in any of the personal samples.

Exposure to carcinogenic agents on tankers 353
Case 2:12-cv-00735-EEF-DEK   Document 148-11   Filed 12/20/13   Page 16 of 24
COLONE-TDH-SPENCER-013124

Table 3. Results from personal sampling on oil product tankers. Each individual result is reported, but sometimes a person has been monitored twice, e.g. by monitoring during the whole shift and in addition an extra sample during a special job task

| Ship no. | Job | Person | Benzene Exposure level (ppm) | Benzene Exposure time (min) | Total PAH Exposure level ($\mu$g m$^{-3}$) | Total PAH Exposure time (min) | Lead Exposure level ($\mu$g m$^{-3}$) | Lead Exposure time (min) |
|---|---|---|---|---|---|---|---|---|
| 1 | Work on the deck | Mate A | 0.07 | (110) | 0.3 | (98) | Not monitored | |
| | | Mate B | 0.27 | (140) | 0.4 | (110) | | |
| | | Able seaman A | 0.98 | (115) | 0.5 | (166) | | |
| | | Able seaman B | 0.11 | (130) | 0.8 | (150) | | |
| | | Mate C | 0.39 | (130) | <0.005 | (115) | | |
| | Work in pumproom | Pumpman A | 0.41 | (125) | | | | |
| | | Pumpman B | 1.09 | (130) | | | | |
| | Water tests | Able seaman B | 0.84 | (46) | | | | |
| 2 | Work on deck | Able seaman | 0.13 | (147) | 2.0 | (147) | Not monitored | |
| | | Mate A | 0.02 | (150) | 0.4 | (193) | | |
| | | Mate B | 0.21 | (193) | | | | |
| | Manual gauging | Mate B | 1.15 | (10) | | | | |
| 3 | Work on deck | Mate | 0.32 | (92) | <0.005 | (92) | <0.5 | (92) |
| | | Chief | 0.28 | (107) | <0.005 | (112) | <0.5 | (112) |
| 4 | Work on deck | Able seaman | 0.02 | (295) | <0.005 | (295) | Not monitored | |
| | | Mate | 0.01 | (225) | <0.005 | (225) | | |
| 5 | Work on deck | Able seaman | 0.02 | (85) | 2.80 | (85) | Not monitored | |
| | | Mate | 0.04 | (208) | 288 | (208) | | |
| 6 | Work on deck | Able seaman A | <0.01 | (27) | <0.005 | (31) | Not monitored | |
| | | Able seaman B | <0.01 | (44) | <0.005 | (35) | | |
| | | Captain | <0.01 | (23) | <0.005 | (47) | | |
| 7A | Work on deck | Able seaman | <0.01 | (35) | 0.07 | (40) | <0.01 | (35) |
| | | Mate | <0.01 | (47) | <0.005 | (46) | <0.01 | (47) |
| 7B | Work on deck | Able seaman | 0.04 | (192) | 0.7 | (160) | <0.01 | (110) |
| | | Mate | 0.07 | (110) | <0.005 | (186) | <0.01 | (192) |
| 8 | Work on deck | Able seaman | Not analysed, technical failure | | 3.0 | (45) | Not monitored | |

Case 2:12-cv-00735-EEF-DEK   Document 148-11   Filed 12/20/13   Page 17 of 34
COLONE-TDP-SPENCER-013125

*Questionnaire*

All the seamen working on the deck of the examined product tankers answered the questionnaire ($N = 35$). Table 4 illustrates the frequency of the working operations that may give exposure to the cargo, described by the seamen's experience from their sailing period. Manual measurements of the cargo level seem to be the most frequent working operation of this kind.

The use of personal protective equipment during these working operations is illustrated in Table 5. One-third of the seamen had never used air-line full-face mask, about half of the seamen had never used a gas mask with filter. Gloves were used more frequently, by about one-third of the seamen.

Occurrence of acute symptoms during the monitoring period is summarized in Table 6. The symptoms were reported more frequently during loading of gasoline than during loading of the other types of petroleum products. The occurrence of central nervous system symptoms was related to the results from the personal monitoring. A measured level of benzene higher than 0.3 ppm (one-third of the Norwegian Occupational Standard, 1991) was categorized as 'exposed'. A lower level was categorized as 'unexposed'. This level was chosen as a cut-off point because Norwegian occupational hygienists advise companies in Norway to reduce the chemical exposure to this level. Almost half of the exposed seamen had had more than one symptom during the monitoring period, while none of the unexposed had had symptoms. This difference is significant ($P = 0.035$, Fisher's exact test), see Table 7.

Table 8 describes occurrence of acute sumptoms during the seamen's whole last sailing period. This table shows that such symptoms do not occur often, but they do occur for short periods.

DISCUSSION

The crew deck on product tankers are exposed to carcinogenic agents of varying levels during their work. Benzene levels were demonstrated to be rather high even in a strong wind, and even on tankers with 'closed loading systems'. However, the highest levels were found when gasoline was loaded with the hatches open. Levels of PAH-compounds were in general low, but clearly detectable, even on tankers with 'closed loading systems'. This probably reflects exposure to engine exhaust fumes. Organic lead, on the other hand, was rarely detected, but such measurements were only performed on four tankers.

The concentrations of the measured agents will vary from ship to ship, according to the type of cargo on board and climatic conditions. The tankers loading volatile types of cargo, such as gasoline, will in general have a greater chance of causing high levels of the different components in the cargo on the deck than for example tankers loading gas oil, a lesser volatile type of cargo. Also, the content for example of benzene differs in the different types of cargo. Gasoline in Norway may contain as much as 5% of benzene (IARC, 1989b, pp. 159–202), while gas-oil has a much lower benzene content (below 0.02%). The content of PAH-compounds is very low in most types of gasoline because of its boiling range, while it may be as high as 3% in some types of jet fuel (IARC, 1989b, pp. 203–218). Also, PAH-compounds on deck may come from other sources than the cargo, such as exhaust gas (IARC, 1989a). It is likely that the measured PAH-components in the present study came from the cargo as well as from other sources.

Table 4. Description of work on oil product tankers that may give rise to exposure to the cargo based on work performed during the last sailing period ($N = 35$)

| Task performed that may give rise to exposure to the cargo | No. of individuals who had performed this type of work at least once | Mean number of times per week of the total group ($N = 35$) | Mean number of times per week among those who had performed the work at least once | Maximum number performed per week |
|---|---|---|---|---|
| Manual ullage measurements of cargo* | 18 | 12 | 20 | 167 |
| Temperature measurements of cargo* | 5 | 1 | 6 | 16 |
| Reparations due to leakages | 11 | 0 | 1 | 3 |
| Cleaning of tanks using washing equipment | 16 | 2 | 3 | 10 |
| Manual cleaning of tanks | 12 | 1 | 2 | 3 |

*Performed by opening the hatches.

Case 2:12-cv-00735-EEF-DEK Document 148-11 Filed 12/20/13 Page 19 of 34
COLOGNE-TOP-SPENCER-013127

Table 5. Frequency of the seamen's use of personal protective equipment during manual measurements of cargo, temperature measurements of cargo and cleaning of the tanks based on the responses of those who had performed this kind of work during their last sailing period

| Personal protective equipment | Never | Occasionally | Frequently | Always | N |
|---|---|---|---|---|---|
| | | | Frequency of use | | |
| Plastic or rubber gloves | 3 | 11 | 7 | 9 | 30 |
| Air-line full-face mask | 11 | 14 | 1 | 4 | 30 |
| Gas filter mask | 14 | 10 | 1 | 4 | 29 |

Table 6. Acute symptoms reported during the exposure measurement exercise; deck crew on product tankers ($N=35$)

| Symptom and duration | Cargo: gasoline | Cargoes other than gasoline |
|---|---|---|
| **Headache** | | |
| not at all | 19 | 9 |
| a few minutes | 4 | 1 |
| 30 min | 1 | 0 |
| more than 30 min | 1 | 0 |
| **Vertigo** | | |
| not at all | 22 | 9 |
| a few minutes | 2 | 1 |
| 30 min | 0 | 0 |
| more than 30 min | 1 | 0 |
| **Intoxication** | | |
| not at all | 23 | 9 |
| a few minutes | 2 | 1 |
| 30 min | 0 | 0 |
| more than 30 min | 0 | 0 |
| **Nausea** | | |
| not at all | 22 | 10 |
| a few minutes | 3 | 0 |
| 30 min | 0 | 0 |
| more than 30 min | 0 | 0 |
| **Soreness in eyes** | | |
| not at all | 23 | 9 |
| a few minutes | 2 | 1 |
| 30 min | 0 | 0 |
| more than 30 min | 0 | 0 |
| **Soreness in nose or throat** | | |
| not at all | 24 | 9 |
| a few minutes | 1 | 1 |
| 30 min | 0 | 0 |
| more than 30 min | 0 | 0 |
| **Breathing difficulties** | | |
| not at all | 23 | 9 |
| a few minutes | 2 | 1 |
| 30 min | 0 | 0 |
| more than 30 min | 0 | 0 |

Table 7. The relationship between exposure to benzene and occurrence of acute central nervous system symptoms during work on deck on oil product tankers

| Symptoms | No exposure (<0.3 ppm) | Exposure (>0.3 ppm) | Total |
|---|---|---|---|
| No symptoms | 10 | 6 | 16 |
| Minimum of one symptom | 0 | 5 | 5 |
| Total | 10 | 11 | 21 |

Table 8. Acute symptoms reported during work with possibilities for exposure to vapours from chemical substances during work on oil product tankers the last sailing period ($N = 35$)

| Symptom | Number of persons |
|---|---|
| **Headache** | |
| More than 5 times | 1 |
| 3–5 times | 6 |
| 1–2 times | 4 |
| never | 24 |
| **Vertigo** | |
| More than 5 times | 1 |
| 3–5 times | 3 |
| 1–2 times | 7 |
| never | 24 |
| **Nausea** | |
| More than 5 times | 1 |
| 3–5 times | 1 |
| 1–2 times | 5 |
| never | 28 |
| **Intoxication** | |
| More than 5 times | 2 |
| 3–5 times | 0 |
| 1–2 times | 4 |
| never | 30 |
| **Soreness in eyes** | |
| More than 5 times | 1 |
| 3–5 times | 1 |
| 1–2 times | 5 |
| never | 28 |
| **Soreness in nose or throat** | |
| More than 5 times | 1 |
| 3–5 times | 1 |
| 1–2 times | 4 |
| never | 29 |
| **Breathing difficulties** | |
| More than 5 times | 1 |
| 3–5 times | 1 |
| 1–2 times | 2 |
| never | 31 |
| **Rash on face or hands** | |
| More than 5 times | 1 |
| 3–5 times | 1 |
| 1–2 times | 4 |
| never | 29 |

Also, the cargo which had been present in the tank before a new cargo was loaded may have influenced the results. Information about previous cargo was not obtained in this study.

The exposure which was demonstrated on the deck of product tankers may be of importance concerning the health of the seamen, since the coastal product tankers were loading or unloading every day or every other day. If high levels of carcinogenic agents are experienced for hours every day, the duration and frequency may be important to the etiology of cancer. There may especially be an increased risk of leukemia among the seamen on the deck, related to the exposure to benzene. However, it is difficult to quantify the risk as no specific limits concerning exposure levels, duration or frequency of exposure to benzene exists (Austin et al., 1988). Several countries have occupational standards of benzene of 1 ppm (8 h working day), but it is not clear whether leukaemia is avoided at this level or not (Rinsky et al., 1981; Swaen and Meijers, 1989). This is partly caused by lack of exposure data related to existing epidemiological studies (Concawe, 1989).

The tankers were examined on randomly selected days; the choice of examined tankers was not biased by, for example, being chosen for examination by the shipowners. No tanker crew refused to participate in the study. However, to give a complete evaluation of the exposure to carcinogenic agents on deck of Norwegian tankers, the number of examined tankers ought to have been higher and the tankers ought to have been followed for longer periods. Also, only loading and unloading processes were examined. Deck crew may experience exposure to carcinogenic agents, for example during tank cleaning, painting and maintenance work. One tanker in the study was examined immediately after a leakage of gasoline, and high levels of benzene and organic lead were registered. It seems probable that the crew are exposed to carcinogenic agents during repair work caused by such leakages on tankers, and such leakages were reported to be rather common. Repair work because of leakage, cleaning of the tanks and painting work was outside the scope of this study.

One of the harbours in this study had the highest number of arriving Norwegian tankers, making the study representative for a large part of the Norwegian tanker fleet. However, the examinations were performed in Norwegian harbours where the standards are considered to be high. The exposure levels may be higher in harbour areas with lower standards, where leakages and spill of oil products may be more common.

The most relevant carcinogenic components were probably monitored in this study, although just a few carcinogenic agents were sampled. The components were supposed to be present in the major types of cargo on these tankers, and no unexpected types of cargo occurred.

The examinations were performed in a standardized way on all tankers. However, the period of sampling varied according to the working operations observed. Standardized and known methods were used for the sampling. All laboratories participating in this study were experienced concerning the analyses performed, and demonstrated high quality work.

The possibility for misinterpretation of the questions in the questionnaire was present, as different nationalities were represented on the tankers. However, there was no indication of such misinterpretation. Also, the seamen may have influenced each other's answers, and there was also a possibility of influence from the captain

Case 2:12-cv-00735-EEF-DEK   Document 148-11   Filed 12/20/13   Page 22 of 24    COLGATE-TDH-SPENCER-013130

concerning the answers. However, the questionnaire was anonymous, making the answers more reliable than if names had been entered.

There are no previously published international studies of the specific exposure to carcinogenic agents on tankers. However, occupational exposure monitoring has been performed on tankers in Sofia, Bulgaria, demonstrating exposure to benzene during work on the deck (Kirjakov et al., 1966). The study does not give details concerning the work on board or the monitoring carried out. In 1976 occupational exposure monitoring on two Swedish tanker crews was performed, on a crude oil tanker and on a product tanker (Ivergård et al., 1978). The exposure on deck showed levels of benzene from 0.9 to 90 ppm during ventilation and inspection of the tanks. Other carcinogenic agents were not discussed. Gjörloff et al. (1982) performed a study of loading on 12 Swedish tankers. A number of hydrocarbon compounds were monitored, both by area and personal monitoring. The personal samples showed the highest levels of chemical agents, which was also found in the present study. Astleford et al. (1982) performed a study on two American tankers. These tankers were followed during long journeys and the report describes working operations on board which are similar to the ones described in the present study. Occupational exposure monitoring was performed, but only a few results were reported. A Norwegian study of tankers in 1982 (Fjeldstad, 1982) describes mean exposure levels from 0.9 to 11.0 ppm during loading of gasoline. The results are unclearly described, but it seems like levels of about 50 ppm benzene have been measured on the deck. CONCAWE reports a mean level of 8.4 ppm benzene during loading of gasoline on tankers (CONCAWE, 1981). Related to these previous studies, the present study is in accordance with the previous ones, demonstrating the occurrence of similar types of work on deck. Also, the benzene levels are to some extent comparable.

No previous studies on tankers have described occurrence of acute symptoms to the results from the personal monitoring. In the present study a relationship between occurrence of acute symptoms and high levels of exposure to benzene is demonstrated. It is probable that chemical agents other than benzene (e.g. other hydrocarbons) are responsible for the symptoms. However, it is important to note that a relationship between chemical exposure on the deck and the occurrence of acute symptoms seems to exist. The indication is that exposures are too high.

The present study demonstrates that exposure to carcinogenic agents from the cargo on product tankers may occur even today, although at different levels—mostly according to the type of cargo. Concerning the possible exposure to exhaust on deck, this problem has not been sufficiently described in the present study and ought to be examined further in future studies.


CONCLUSION

Some of the measured exposure levels of carcinogenic agents on the deck on oil product tankers were rather high. A need for improvement of the working environment is indicated. More reliable automatic cargo level indication systems ought to be used to avoid manual working operations that make the chemical exposure possible. Where working operations with the possibility of chemical exposure cannot be avoided, the use of personal protective equipment must be improved. Information about occupational health hazards related to the chemical exposure on board is of

importance to motivate the crew and the shipowners to prevent occupational related cancer.

*Acknowledgements*—This study was carried out with support from the Norwegian Shipowners Association, the Norwegian Petroleum Institute, the Norwegian Mates' Association and the Council for Labour Supervision on Norwegian Ships. A sincere thanks is also expressed to the Insurance Company Vesta, Statoil Norway, the Department of Occupational Medicine, Haukeland Hospital, the Labour Inspection in Bergen and to the laboratories: Centre of Industrial Research, the National Institute of Occupational Health and the Labour Inspection in Kristiansand.

## REFERENCES

Astleford, W. J., Bass. R. L., Buckingham, J. C. and Magott, R. J. (1982) A crew exposure study. Phase I. At sea. Report No. CG-D-22-82, Vol. 3. Southwest Research Institute, San Antonio.

Austin, H., Delzell E. and Cole P. (1988) Benzene and leukemia. *Am. J. Epidem.* **127**, 419–439.

Baksaas, I., Lund, E., Skjerven, J. E., Langaard, S., Vellar, O. D. and Aarø, L. E. (1983) Kreft blant sjømenn. *Tidsskr Nor Laegeforen* **103**, 2317–2320 (in Norwegian).

Bjørseth, A. (Editor) (1983) *Handbook of Polycyclic Aromatic Hydrocarbons.* Marcel Dekker, New York.

Brandt, L. P. A., Kirk, N. U., Jensen, O. C. and Hansen, H. L. (1994) Mortality among Danish merchant seamen from 1970 to 1985. *Am. J. ind. Med.* **25**, 867–876.

CONCAWE (1981) Exposure to atmospheric benzene vapour associated with motor gasoline. CONCAWE report No. 2/81. CONCAWE, The Hague, The Netherlands.

CONCAWE (1989) Health risks from working in petroleum refining and from gasoline—a critique and recommendations in response to IARC Monograph Volume 45. CONCAWE report No. 89/53. CONCAWE, The Hague, The Netherlands.

Fjeldstad, P. E. (1982). Bensineksponering i petroleumsbransjen 1980–81. Yrkeshygienisk Institutt og Norsk Petroleumsinstitutt, Oslo (in Norwegian).

Gjörloff, K., Skärdin, B. and Svedung, I. (1982) Arbetsmiljöförhållanden vid lastning av petrokemiska produkter i tankfartyg. Institutet för vatten- och luftvårdsforskning, Fryksta, Sweden (in Swedish).

Greenberg, M. (1991) Cancer mortality in merchant seamen. *Ann. N.Y. Acad. Sci.* **643**, 321–332.

IARC (1987) *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Overall Evaluations of Carcinogenicity*, Suppl. 7, pp. 230–232. International Agency for Research on Cancer, Lyon, France.

IARC (1989a) Diesel and gasoline engine exhausts. In: *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans*, Vol. 46. International Agency for Research on Cancer, Lyon, France.

IARC (1989b) *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Occupational Exposures in Petroleum Refining; Crude Oil and Major Petroleum Fuels*, Vol. 45, pp. 159–270. International Agency for Research on Cancer, Lyon, France.

Ivergård, T., Ekelin, A., Lundberg, M., Nordberg, L. and Svedung, I. (1978) Arbetsmiljö inom Sjöfarten. En kartläggning. Sjöfartens Arbetarskyddsnämnd, Gothenborg, Sweden (in Swedish).

Kelman, H. R. and Kavaler, F. (1990). Mortality patterns of American merchant seamen 1973–1978. *Am. J. ind. Med.* **17**, 423–433.

Kirjakov, K., Kolkovskij, P., Petrov, P., Dojcinov, A., Rajceva, V. and Nikov, G. (1966) Occupational petroleum intoxication among tanker fleet crews. *Bull. Inst. Mar. Med.* **17**, 249–254.

Moen, B. E., Riise, T. and Helseth, A. (1990) Cancer among captains and mates on Norwegian tankers. *APMIS* **98**, 185–190.

Morabia, A., Markowitz, S., Garibaldi, K. and Wynder, E. L. (1992) Lung cancer and occupation: results of a multicentre case-control study. *Br. J. ind. Med.* **49**, 721–727.

Nilsson, R. and Hörte, L. G. (1991) Mortality and cancer morbidity in Swedish seamen. In *The International Symposium on Maritime Health, Turku, Finland*, pp. 244–250 (Abstract).

Nilsson, R., Norlinder, R. and Järvholm, B. (1994) Leukemia and lymphoma in seamen in tankers. In *The 10th International Symposium in Epidemiologia in Occupational Health, Milano* (Abstract).

NIOSH (1977) Organic solvents in the air. In *NIOSH Manual of Analytical methods* (2nd Edn), pp. 121–127. National Institute for Occupational Safety and Health, Cincinnati, Ohio.

Rapiti, E., Turi, E., Forastiere, F., Borgia, P., Comba, P., Perucci, C. A. and Axelson, O. (1992) A mortality study of seamen in Italy. *Am. J. ind. Med.* **21**, 863–872.

COLOGNE-TDI-SPENCER-013132

Rinsky, R. A., Young, R. J. and Smith, A. B. (1981) Leukemia in benzene workers. *Am. J. ind. Med.* **2**, 217–245.

Røyseth, O. and Thomassen, Y. (1986) Activated carbon as adsorbent for alkyllead in air. *Analyt. Chim. Acta* **188**, 247–255.

Swaen, G. M. H. and Meijers, J. M. M. (1989) Risk assessment of leukemia and occupational exposure to benzene. *Br. J. ind. Med.* **46**, 826–830.