Exhibit 10

§ 1910.1000                    Title 29—Labor

Section—Continued

| 110–18 _____ | Arcing Parts. |
| 110–21 _____ | Marking. |
| 110–22 _____ | Identification. |
| 240–16  (a),  (b), (c), and (d). | Location in Premises (for Overcurrent Protection Devices). |
| 240–19  (a)  and (b). | Guarding of Arcing or Suddenly Moving Parts of Overcurrent Protection Devices. |
| 250–3 (a) and (b). | D.C. System Grounding. |
| 250–5 (a), (b), and (c). | A.C. Circuits and Systems To Be Grounded. |
| 250–7 _____ | Circuits Not To Be Grounded. |
| 250–42  (a),  (b), (c), (d), and (d). | Fixed Equipment Grounding, General |
| 250–43  (a),  (b), (c), (d), (e), (f), (g), (h), and (i). | Fixed Equipment Grounding, Specific. |
| 250–44  (a),  (b), (c), (d) and (f). | Nonelectrical Equipment, Grounding. |
| 250–45  (a),  (b), (c), and (d). | Equipment Connected by Cord and Plug Grounding. |
| 430–142 (a), (b), (c), and (d) | Stationary  Motor Grounding. |
| 430–143 _____ | Portable  Motors Grounding. |
| 250–50  (a)  and (b). | Equipment Grounding Connections. |
| 250–51 _____ | Effective Grounding. |
| 250–57  (a)  and (b). | Fixed  Equipment Method of Grounding. |
| 422–16 _____ | Appliance Grounding. |
| 422–17 _____ | Installation of Wall-mounted Ovens and Counter - mounted Cooking Units. |

(b) Every new electrical installation and all new utilization equipment installed after March 15, 1972, and every replacement, modification, or repair or rehabilitation, after March 15, 1972, of any part of any electrical installation or utilization equipment installed before March 15, 1972, shall be installed or made, and maintained, in accordance with the provisions of the 1971 National Electrical Code, NFPA 70–1971; ANSI C1–1971 (Rev. of C1–1968).

(c) Notwithstanding the provisions of paragraphs (a) and (b) of this section, the effective date of the requirement in section 210–7 of the National Electrical Code, that all 15- and 20-ampere recepticle outlets on single-phase circuits for construction sites shall have approved ground-fault circuit protection for personnel, is postponed pending reconsideration of the requirement.

Subpart Z—Toxic and Hazardous Substances

SOURCE: 39 FR 23502, June 27, 1974, unless otherwise noted. Redesignated at 40 FR 27073, May 28, 1975.

§ 1910.1000  Air contaminants.

An employee's exposure to any material listed in table Z–1, Z–2, or Z–3 of this section shall be limited in accordance with the requirements of the following paragraphs of this section.

(a) Table Z–1:

(1) *Materials with names preceded by* "C"—*Ceiling Values.* An employee's exposure to any material in table Z–1, the name of which is preceded by a "C" (e.g., C Boron trifluoride), shall at no time exceed the ceiling value given for that material in the table.

(2) *Other materials—8-hour time weighted averages.* An employee's exposure to any material in table Z–1, the name of which is not preceded by "C", in any 8-hour work shift of a 40-hour work week, shall not exceed the 8-hour time weighted average given for that material in the table.

(b) Table Z–2:

(1) *8-hour time weighted averages.* An employee's exposure to any material listed in table Z–2, in any 8-hour work shift of a 40-hour work week, shall not exceed the 8-hour time weighted average limit given for that material in the table.

(2) *Acceptable ceiling concentrations.* An employee's exposure to a material listed in table Z–2 shall not exceed at any time during an 8-hour shift the acceptable ceiling concentration limit given for the material in the table, except for a time period, and up to a concentration not exceeding the maximum duration and concentration allowed in the column under "acceptable maximum peak above the acceptable ceiling concentration for an 8-hour shift".

(3) *Example.* During an 8-hour work shift, an employee may be exposed to a concentration of Benzene above 25 p.p.m. (but never above 50 p.p.m.) only for a maximum period of 10 minutes. Such exposure must be compensated by exposures to concentrations less than 10 p.p.m. so that the cumulative exposure for the entire 8-hour work shift does not exceed a weighted average of 10 p.p.m.

(c) Table Z–3: An employee's exposure to any material listed in table Z–3, in any 8-hour work shift of a 40-hour

**Chapter XVII—Occupational Safety and Health Admin.**   § 1910.1000

TABLE Z-1—Continued

| Substance | p.p.m.[a] | mg./M³ [b] |
|---|---|---|
| Vinyl toluene | 100 | 480 |
| Warfarin | | 0.1 |
| Xylene (xylol) | 100 | 435 |
| Xylidine—Skin | 5 | 25 |

[a] See Addition.
[a] Parts of vapor or gas per million parts of contaminated air by volume at 25° C. and 760 mm. Hg pressure.
[b] Approximate milligrams of particulate per cubic meter of air.
(No footnote "c" is used to avoid confusion with ceiling value notations.)

TABLE Z-1—Continued

| Substance | p.p.m.[a] | mg./M³ [b] |
|---|---|---|
| Yttrium | | 1 |
| Zinc chloride fume | | 1 |
| Zinc oxide fume | | 5 |
| Zirconium compounds (as Zr) | | 5 |

[d] An atmospheric concentration of not more than 0.02 p.p.m., or personal protection may be necessary to avoid headache.
[e] As sampled by method that does not collect vapor.
[f] For control of general room air, biologic monitoring is essential for personnel control.

TABLE Z-2

| Material | 8-hour time weighted average | Acceptable ceiling concentration | Acceptable maximum peak above the acceptable ceiling concentration for an 8-hour shift. | |
|---|---|---|---|---|
| | | | Concentration | Maximum duration |
| Benzene (Z37.4-1969) | 10 p.p.m. | 25 p.p.m. | 50 p.p.m. | 10 minutes. |
| Beryllium and beryllium compounds (Z37.29-1970). | 2 μg./M³ | 5 μg./M³ | 25 μg./M³ | 30 minutes. |
| Cadmium fume (Z37.5-1970) | 0.1 mg./M³ | 0.3 mg./M³ | | |
| Cadmium dust (Z37.5-1970) | 0.2 mg./M³ | 0.6 mg./M³ | | |
| Carbon disulfide (Z37.3-1968) | 20 p.p.m. | 30 p.p.m. | 100 p.p.m. | |
| Carbon tetrachloride (Z37.17-1967) | 10 p.p.m. | 25 p.p.m. | 200 p.p.m. | 5 minutes in any 4 hours. |
| Ethylene dibromide (Z37.31-1970) | 20 p.p.m. | 30 p.p.m. | 50 p.p.m. | 5 minutes. |
| Ethylene dichloride (Z37.21-1969) | 50 p.p.m. | 100 p.p.m. | 200 p.p.m. | 5 minutes in any 3 hours. |
| Formaldehyde (Z37.16-1967) | 3 p.p.m. | 5 p.p.m. | 10 p.p.m. | 30 minutes. |
| Hydrogen fluoride (Z37.28-1969) | do | | | |
| Fluoride as dust (Z37.28-1969) | 2.5 mg./M³ | | | |
| Lead and its inorganic compounds (Z37.11-1969). | 0.2 mg./M³ | | | |
| Methyl chloride (Z37.18-1969) | 100 p.p.m. | 200 p.p.m. | 300 p.p.m. | 5 minutes in any 3 hours. |
| Methylene chloride (Z37.23-1969) | 500 p.p.m. | 1,000 p.p.m. | 2,000 p.p.m. | 5 minutes in any 2 hours. |
| Organo (alkyl) mercury (Z37.30-1969) | 0.01 mg./M³ | 0.04 mg./M³ | | |
| Styrene (Z37.15-1969) | 100 p.p.m. | 200 p.p.m. | 600 p.p.m. | 5 minutes in any 3 hours. |
| Trichloroethylene (Z37.19-1967) | do | do | 300 p.p.m. | 5 minutes in any 2 hours. |
| Tetrachloroethylene (Z37.22-1967) | do | do | do | 5 minutes in any 3 hours. |
| Toluene (Z37.12-1967) | 200 p.p.m. | 300 p.p.m. | 500 p.p.m. | 10 minutes. |
| Hydrogen sulfide (Z37.2-1966) | | 20 p.p.m. | 50 p.p.m. | 10 minutes once only if no other measurable exposure occurs. |
| | 8-hour TWA | | | |
| Mercury (Z37.8-1971) | 1 mg./10M³ | | | |
| Chromic acid and chromates (Z37.7-1971) | do | | | |

509