Exhibit 11

## AFFIDAVIT

STATE OF LOUISIANA
PARISH OF ST. CHARLES

BEFORE ME, the undersigned notary public, did personally come and appear:

**CHARLES TEMPLE, JR.**

Who after being duly sworn, stated as follows:

1. My name is Charles Temple. Jr. and I live at 212 Griffin Drive, Ama, Louisiana

2. All statements contained in this affidavit are based upon my personal knowledge and experience. I swear under penalty of perjury that all of the statements in this affidavit are true and correct.

3. I am a person of the full age of majority and competent to execute this affidavit.

4. When working at the Paradis Field with Chris Cologne from 1970 through 1976, Chris Cologne performed pumping work three months out of the year from 1970-1972 while filling in for vacations for other employees.

5. In the years 1973-1974 Chris Cologne worked as a fill-in pumper, full time, while filling in for two employees that became sick and Chris was a full time pumper from 1975-1976.

6. Douglas Matherne did not work at the Paradis field from 1970-1976 and he was not our supervisor during the 1970-1976 period.

7. When performing manual gauging we would climb the steps to the top of the tank, open the hatch, unroll the stainless steel tape measure with a brass plumb bob on the end, and measured the tank twice to make sure we had a good reading. This would cause us to be at the open hatch while gauging for 10 minutes.

8. I have not been promised, forced, threatened, or offered any incentive to sigh this affidavit. I am not suffering from any physical or mental infirmity, nor am I taking any medication that would impair my ability to understand all of the language in this affidavit or the statements contained therein.

Thus read in its entirety and all the statements above are true and correct to the best of my knowledge.

_Charles Temple, Jr._
Charles Temple, Jr.

Sworn and Subscribed Before Me, the undersigned authority on this _____ day of October, 2013.

_John A. Venezia_
John A. Venezia – La. Bar # 23963

## AFFIDAVIT

STATE OF LOUISIANA
PARISH OF ST. CHARLES

BEFORE ME, the undersigned notary public, did personally come and appear:

### CHARLES TEMPLE, JR.

who, after being duly sworn, stated as follows:

1. My name is Charles Temple, Jr. and I live at 212 Griffin Drive, Ama, Louisiana.

2. All statements contained in this affidavit are based upon my personal knowledge and experience. I swear under penalty of perjury that all of the statements in this affidavit are true and correct.

3. I am a person of the full age of majority and competent to execute this affidavit.

4. I began working at the Texaco Paradis field on June 30, 1969 and worked through November of 2001. The operation at this field included wells and tank batteries that stored crude oil and natural gas condensate.

5. I worked with Christopher Cologne at the Texaco Paradis field, including during the time from 1970 through 1976.

6. My job title was roustabout from 1969 to 1976. During this time, I also served as a relief pumper three months out of the year when others were on vacation. In 1976, I worked full-time in the pumper job title.

7. In the years 1973-1974, Christopher Cologne worked as a fill-in pumper. He became a full-time pumper after this.

8. We worked 40 hours a week and sometimes overtime.

9. Our supervisors from 1970 through 1976 included Alton Gonsulin, whose nickname was "Latt," and George Washington Nugent, whose nickname was "Red." Other, lower level,



1

supervisors included Charles Lebeouf, Alec Bergeron, whose nickname was "Slim," and Leon Somme.

10. As roustabouts, we repaired pipes, pumps, valves, flow lines, heater treaters, and oil pumps. I spent two hours a day performing repairs and came in contact with crude oil and natural gas condensate on a daily basis. When lines leaked, we would use cans or milk jugs attached to mop handles to clean up crude oil from the marsh.

11. As a roustabout, when Mr. Cologne and I were not serving as a relief pumper, we spent approximately 40% of our time performing repairs on equipment with crude oil flowing through it and 40% on repairs with natural gas condensate flowing through it. The other 20% of the repair time involved equipment with natural gas. While performing repairs our boots, socks, pants, and shirt would become saturated with crude oil and natural gas condensate on a daily basis.

12. When we served as a relief pumper and as a full-time pumper, we gauged approximately 15 crude oil storage tanks a day that took several minutes per tank. We rarely gauged tanks while doing roustabout work.

13. The crude oil storage tanks were located in Tank Batteries #1, #2, #4, #6, and #7. Nearly all were 1000-barrel tanks. A barrel is the same as 42 gallons. There were also some 500-barrel tanks. Both the 500-barrel and 1000-barrel tanks were 16 feet high. The tanks did not have floating lids and the tanks were not heated.

14. To perform a typical tank gauging, we climbed up the steps to the catwalk on top of the tank. While bending over, we opened the tank hatch which was oval in shape and 14 inches by 8 inches in size. When we opened the tank, the fumes were extremely heavy, and they remained fairly heavy throughout the gauging. To gauge how much product was in the

*PTJ*

tank, we unrolled a stainless steel measuring tape that was 25 feet long and had a brass plumb bob on the end. We measured twice to be sure that we had good readings. The tanks were usually between one-half and three-quarters full when we gauged them. Crude oil was added to each storage tank on a weekly basis.

15. Some of the tanks had automatic gauges, but they did not work, so we had to manually gauge the tanks. We never used the automatic gauges.

16. Also, as a pumper and relief pumper, we would spend considerable time in the tank hatch openings to measure the water in the stock tanks during a process called "thiefing the tanks." To accomplish this task, we would open the hatch and lower a device made by WH Curtain called an "Oil Thief", which was a brass cylindrical barrel that was about 2" in diameter and 18" long and was connected to a chain. When the device was lowered into the tank, it had a trigger mechanism to collect the sample. We thiefed the tanks during the same time that we gauged them. Thiefing the tanks and gauging the tanks would take about 15 minutes together each time that we did it.

17. While doing these activities, it took ten minutes from the time that we opened the hatch until we closed it. During this entire ten minutes, we were bent over the top of the hatch looking down into the tank with our faces within two feet of the opening. Due to the fumes at the hatch opening, at times we experienced light headedness and dizziness. Most of the time the wind was still and the weather was hot.

18. During the early years of my employment with Texaco, no one ever warned us that crude oil, natural gas condensate, or natural gas contained benzene or that it could cause leukemia or cancer.

19. From 1970 through 1976, we wore cotton gloves.

20. From 1970 through 1976, we did not wear respirators and Texaco did not offer any to us to wear.

21. In the early years of my employment, Texaco never gave us personal air monitoring devices.

22. In the early years of my employment, Texaco did not have any wind socks to determine the wind direction.

23. At no time from 1970 to 1976, did any of our Texaco supervisors ever tell us that we were being exposed to benzene or that the products we were working with could cause us cancer or leukemia. At no time from 1970 to 1976, did any of our Texaco supervisors offer us respirators to use.

24. I have not been promised, forced, threatened, or offered any incentive to sign this affidavit. I am not suffering from any physical or mental infirmity, nor am I taking any medication that would impair my ability to understand all of the language in this affidavit or the statements contained therein.

Thus read in its entirety and all the statements above are true and correct to the best of my knowledge.

_____
CHARLES TEMPLE, JR.

SWORN AND SUBSCRIBED BEFORE ME, the undersigned authority on this 5th day of July, 2013.

_____
Notary Public, John A. Venezia, La. Bar # 23963

4