1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

Exhibit 12

```
CHRIS COLOGNE            *    CIVIL ACTION NO. 2:12-CV-00735
AND CATHERINE COLOGNE    *
                         *
VERSUS                   *    JUDGE ELDON E. FALLON
                         *
SHELL OIL COMPANY, ET AL. *   MAGISTRATE JUDGE DANIEL E.
                         *       KNOWLES, III
****************************************************************
```

      Deposition of CHRIS C. COLOGNE, a witness herein, was taken before Susan Dixon, a Certified Court Reporter, in and for the State of Louisiana, at 3000 West Esplanade Avenue, Suite 200, Metairie, Louisiana 70002, on April 11, 2013.

1  A.  It varied.  If we thought a well was
2  losing production we'd gauge it; and if it was
3  in a commingled facility, we had to gauge them
4  all.  But they all had to be gauged at least
5  every two weeks, most of them every day.
6  Q.  The wells?  'Cause I just asked if you
7  gauge the wells every day, and you said no.
8  A.  Well, in -- in a -- in a week, in
9  other words, your treater told you what the
10  well was doing and your separator told you what
11  the well was doing.  So if you had a problem,
12  you put it in a separator, you separate it but
13  by itself --
14  Q.  I got you.
15  A.  -- to see what it was doing
16  individually.
17  Q.  So there might be some wells that you
18  would be actually sampling every day because of
19  what was going on with that well, maybe other
20  wells that you would only sample once every
21  couple weeks?
22  A.  I had to know exactly what every well
23  was doing every day.
24  Q.  Right.
25  A.  'Cause when that oil come out of that

1  tank you had to account for where it come from.
2     Q.   I understand.  But it was my
3  understanding what you told me is you did not
4  sample every well every day.  I just need to
5  know.  Did you sample every well every day or
6  not?
7     A.   A gauge, a specific gauge on a
8  individual well, not every day.
9     Q.   All right.
10    A.   But then in another way we did know
11 what it was doing every day because you had
12 flow codes and charts showing you.
13    Q.   Okay. And I'm not asking you what you
14 knew what was going on with the well.  I'm
15 asking you just about sampling.  Okay?  So just
16 where we're going with this series of
17 questions, I want to know how often -- how much
18 you were doing sampling work.  So you did not
19 sample every single well every single day?
20    A.   Oh, no.
21    Q.   Okay.
22    A.   But we did do sampling every day.
23    Q.   I got you.  And so, again, if you
24 were, like, just a regular day, just a average
25 day when you were working as a pumper gauger,

1   how much of that day would you spend doing
2   sampling work?
3       A.   (No response.)
4       Q.   If you were working as a relief pumper
5   gauger today, how much of that day would you be
6   spending doing just sampling work?
7       A.   I would have to specify to you that I
8   was multitasking.
9       Q.   Okay.
10      A.   I think that's where you're trying to
11  come from.  In other words, while I was gauging
12  a well I also had other jobs to do.  In other
13  words, if I put a well in a gauge for two
14  hours, I didn't just sit there for two hours
15  and watch it in a gauge.  I went and repair a
16  chemical pump.  I went and see what was in my
17  oil tanks.  I went to my well and got samples.
18  I always had something to do.
19      Q.   Okay.  And that's what I'm trying to
20  focus on now is samples.  When you're going to
21  the well to get the samples are you going to
22  the tank to get the samples and then you go and
23  do whatever testing you're doing on the
24  samples, the centrifuge, and that other -- I
25  want to know just about that discrete function